# Exhibit C

**CA24-0049 - LAWSHE, WILLIAM LEE vs. VERIZON COMMUNICATIONS, INC**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| MALTZ, HOWARD M. | Circuit Civil | Negligence - Other |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| CA24-0049 | 552024CA000049A000MX | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 1/12/2024 | 1/12/2024 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | | |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | LAWSHE, WILLIAM LEE | 1 ROBERTS, MICHAEL K (Main Attorney)<br>2 NOONEY, JEFFERY SCOTT |
| DEFENDANT | VERIZON COMMUNICATIONS, INC | |
| DEFENDANT | SYNCHRONOSS TECHNOLOGIES, INC | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 📄 1 | 14 | 1/18/2024 | CORPORATE SUMMONS STATUS SET TO CIVIL SUMMONS RETURNED SERVED ON 01/17/2024 FOR VERIZON COMMUNICATIONS, INC |
| Request | 13 | 1/18/2024 | PAYMENT $420.00 RECEIPT #2024002476 |
| | 12 | 1/12/2024 | EMAIL SENT TO: ROBERTS, MICHAEL K; NOONEY, JEFFERY SCOTT REGARDING SERVICE OF COURT DOCUMENT - CA24-0049, LAWSHE, WILLIAM LEE VS. VERIZON COMMUNICATIONS, INC WITH 1 ATTACHMENTS FROM DOCKET: AMENDED STANDING ORDER FOR CIVIL CASES IN DIVISION 55 -1/12/2024 |
| 📄 7 | 11 | 1/12/2024 | AMENDED STANDING ORDER FOR CIVIL CASES IN DIVISION 55 |
| 📄 2 | 10 | 1/12/2024 | CORPORATE SUMMONS STATUS SET TO CIVIL SUMMONS ISSUED ON 01/12/2024 FOR SYNCHRONOSS TECHNOLOGIES, INC |
| 📄 2 | 9 | 1/12/2024 | CORPORATE SUMMONS STATUS SET TO CIVIL SUMMONS ISSUED ON 01/12/2024 FOR VERIZON COMMUNICATIONS, INC |
| | 8 | 1/12/2024 | ATTORNEY: NOONEY, JEFFERY SCOTT ASSIGNED TO LAWSHE, WILLIAM LEE |
| 📄 6 | 5 | 1/12/2024 | COMPLAINT |
| 📄 3 | 4 | 1/12/2024 | CIVIL COVER SHEET |
| | 3 | 1/12/2024 | ATTORNEY: ROBERTS, MICHAEL K ASSIGNED TO LAWSHE, WILLIAM LEE |
| | 2 | 1/12/2024 | JUDGE MALTZ, HOWARD M.: ASSIGNED |
| | 1 | 1/12/2024 | CASE FILED 01/12/2024 CASE NUMBER CA24-0049 |