# Exhibit B

® **Wolters Kluwer**

## Service of Process Transmittal Summary

**TO:**   Angela Aizawa, Executive Assistant
Verizon Communications Inc.
1 Verizon Way
Basking Ridge, NJ 07920-1097

**RE:**   **Process Served in Florida**

**FOR:**   Verizon Communications Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WILLIAM LEE LAWSHE, an individual vs. VERIZON COMMUNICATIONS, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | St. Johns County Circuit Court, FL<br>Case # CA240049 |
| **NATURE OF ACTION:** | Violation of 18 U.S. Code 2702 - Voluntary disclosure of customer communications or records |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/17/2024 at 11:28 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Michael K. Roberts<br>Law Offices of Nooney, Roberts, Hewett, and Nowicki<br>1680 Emerson Street<br>Jacksonville, FL 32207<br>904-398-1992 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/17/2024, Expected Purge Date: 01/22/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

**CT Corporation**
**Service of Process Notification**
01/17/2024
CT Log Number 545552375

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**Wolters Kluwer**

## PROCESS SERVER DELIVERY DETAILS

**Date:**           Wed, Jan 17, 2024
**Server Name:**    Daniel Cohen

| Entity Served | VERIZON COMMUNICATIONS INC. |
|---|---|
| Case Number | CA24-0049 |
| Jurisdiction | FL |

| Inserts |
|---|
|  |



Filing # 189637412 E-Filed 01/12/2024 09:37:21 AM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
ST JOHNS COUNTY, FLORIDA

CASE NO.: CA24-0049

*DL-IJJ*
*OI-17-2024*
*10:00 AM*

WILLIAM LEE LAWSHE,
an individual,

        Plaintiff,

v.

VERIZON COMMUNICATIONS, INC.,
a Foreign Profit Corporation, and
SYNCHRONOSS TECHNOLOGIES, INC.,
a Foreign Profit Corporation,

        Defendants.

_____/

## SUMMONS
### PERSONAL SERVICE
#### IMPORTANT

TO:          **VERIZON COMMUNICATIONS, INC**
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. IF you do not know an attorney, you may call the attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**LAW OFFICE OF NOONEY & ROBERTS**
**Michael K. Roberts**
Florida Bar No. 779741
1680 Emerson Street
Jacksonville, FL 32207
Telephone (904) 398-1992 Fax: (904) 858-9943

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint or petition in this action on the Defendant:

DATED ON_____**1/12/2024**_____

Brandon J. Patty
CLERK OF THE CIRCUIT COURT

By_____ ,
Deputy Clerk



(See Attached For Spanish and French Versions)

## IMPORTANTE

Usted ha sido demandado legalmenta. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea gue el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales. Si lo desea, puede usted concultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que apercen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jurs consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribuanl. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties monnees ici, si vous souhaitez que le Tribunal entends votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause anisi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vpis [pirroez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.