**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

                                 **Civil Action No.**  24-137

                Plaintiff,

v.

VERIZON COMMUNICATIONS, INC., a Delaware
Corporation, and SYNCHRONOSS TECHNOLOGIES,
INC., a Delaware Corporation,

                Defendants.

_____ /

## <u>DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant VERIZON COMMUNICATIONS INC. makes the following disclosure(s):

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    **a.**    **Verizon Communications Inc. - Defendant**

    **b.**    **Nury Siekkinen – counsel for Defendant**

    **c.**    **ZwillGen PLLC – counsel for Defendant**

    **d.**    **William Lee Lawshe – Plaintiff**

    **e.**    **Michael K. Roberts – counsel for Plaintiff**

    **f.**    **Jeffery S. Nooney – counsel for Plaintiff**

    **g.**    **Law Office of Nooney, Roberts, Hewett, and Nowicki - counsel for Plaintiff**

> **h.     Synchronoss Technologies, Inc. - Defendant**

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> **Not applicable.**

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

> **Not applicable.**

4.     The name of each victim (individual and corporate), including every person who may be entitled to restitution:

> **None not already identified in response to Item No. 1.**

5. Check one of the following:

__X__   a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

-or-

_____   b. I certify that I am aware of a conflict of basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: February 6, 2024                    Respectfully submitted,


By: /s/ *Nury Siekkinen*
        Nury Siekkinen
        Florida Bar No. 1015937
        **ZWILLGEN PLLC**
        1900 M Street NW, Suite 250
        Washington, DC 20036
        Telephone: (202) 296-3585
        Facsimile:  (202) 706-5298
        Primary email: nury@zwillgen.com

        *Attorney for Verizon Communications Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on February 6, 2024, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

      /s/ Nury Siekkinen
      Nury Siekkinen (Florida Bar No. 1015937)

## SERVICE LIST

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*

3