# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

     Plaintiff,

v.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

     Defendants.

_____/

**Civil Action No. 3:24-cv-00137**

## VERIZON'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Verizon Communications Inc. ("Verizon"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01(g), hereby submits this unopposed motion for extension of time to respond to the Complaint of Plaintiff William Lee Lawshe ("Lawshe"). In support of this Motion, Verizon states as follows:

1. On January 12, 2024, Plaintiff filed the instant action in the Circuit Court, Seventh Judicial Circuit, for St. John's County. ECF 1 at 1.

2. Plaintiffs first served this action on Verizon through its registered service agent on January 17, 2024. ECF 1-3 at 1 (Proof of Service of Summons).

Upon information and belief, Synchronoss was served on February 5, 2024. Synchronoss consented to Verizon's removal of this action.

3.     Pursuant Fed. R. Civ. P. 81(c)(2), Verizon's response to Plaintiff Complaint is currently due on February 13, 2024. However, Synchronoss's response is not due until February 26, 2024 based on the apparent date of service on Synchronoss. Fed. R. Civ. P. 81(c)(2).

4.     This action is newly removed to this Court and Verizon is working diligently to investigate and prepare a response to the Complaint. Verizon requires this very brief extension to evaluate Plaintiff's claims and the defenses that Verizon may have to them.

5.     Extending Verizon's response date by 13 days would not prejudice any party because Synchronoss's response is not due until February 26, 2024 and thus the extension would not cause any undue delay.

6.     This request for an extension is reasonable under the circumstances, particularly given the very early stage of the litigation and the fact that no party will be prejudiced by this brief extension. *Hooker v. Dep't of Veterans Affs.*, No. 822CV00956CEHSPF, 2022 WL 2066043, at *1 (M.D. Fla. June 8, 2022)  ("This Court (as do most courts) routinely grants reasonable extensions of time for both sides of disputes."). That Plaintiff does not oppose the Motion further favors the extension.

2

**WHEREFORE,** pursuant to Fed. R. Civ. P. 6(b), Defendant Verizon respectfully requests that this Court extend Verizon's time to respond to Plaintiff's Complaint up to and including Febraury 26, 2024.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Verizon and Plaintiff conferred on February 9, 2024. Plaintiff does not oppose this Motion.

Date: February 12, 2024         /s/ *Nury Siekkinen*
                                Nury Siekkinen
                                Florida Bar No. 1015937
                                **ZWILLGEN PLLC**
                                1900 M Street NW, Suite 250
                                Washington, DC 20036
                                Telephone: (202) 296-3585
                                Facsimile:  (202) 706-5298
                                Email: nury@zwillgen.com

                                *Attorney for Verizon Communications, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 12, 2024, and the foregoing doucment is being served this day on all counsel or parties of record on the Service List below, either via transmission fo Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Nury Siekkinen*
Nury Siekkinen

4