# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

    Plaintiff,

                          Case No. 3:24-cv-00137-WWB-LLL

v.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

    Defendants.

_____/

## VERIZON'S NOTICE OF LEAD COUNSEL

**COMES NOW**, pursuant to Local Rule 2.02(a), Defendant VERIZON

COMMUNICATIONS INC., by and through its undersigned counsel, and files

this Notice of Lead Counsel Designation identifying Nury Siekkinen, Esq. as lead

counsel for Defendant VERIZON COMMUNICATIONS INC. in this matter.

**FURTHER**, the undersigned designates the following e-mail addresses for

service of all documents required to be served in this proceeding:

    Primary E-mail Address:    nury@zwillgen.com
    Secondary E-mail Address:  docketing@zwillgen.com

Date: February 14, 2024

/s/ *Nury Siekkinen*
Nury Siekkinen
Florida Bar No. 1015937
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: nury@zwillgen.com

*Attorney for Verizon Communications Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 14, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Nury Siekkinen*
Nury Siekkinen

## SERVICE LIST

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts, Esquire
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207

*Attorneys for Plaintiff*

3