# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

     Plaintiff,

                                 **Civil Action No. 3:24-cv-00137**

v.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

     Defendants.

_____/

## VERIZON'S UNOPPOSED MOTION FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.02(c), Marc Zwillinger, Esquire, moves for special admission to represent Defendant Verizon Communications Inc. ("Verizon") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, USDC for the Northern District of Illinois, USDC for the District of Columbia, USDC for the Eastern District of Michigan, and USDC for the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1. *Goldstein v. Fandango Media, LLC*, Case No. 22-80569-CIV-MARRA

2. *NetChoice, LLC v. Attorney General, Florida*, Case No. 21-12355

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States, I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and

2

faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**WHEREFORE**, Defendant Verizon respectfully requests that this Court enter an Order granting this motion and admit Marc Zwillinger pro hac vice as non-resident attorney for Defendant Verizon.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Verizon and Plaintiff conferred on February 23, 2024. Plaintiff is unopposed to my special admission.

Date: February 26, 2024

/s/ *Marc Zwillinger*
Marc Zwillinger
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: marc@zwillgen.com

*Attorney for Verizon Communications, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 26, 2024, and the foregoing doucment is being served this day on all counsel or parties of record on the Service List below, either via transmission fo Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Marc Zwillinger*
Marc Zwillinger

## SERVICE LIST

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts, Esquire
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207

*Attorneys for Plaintiff*

4