United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM LEE LAWSHE,**

   **Plaintiff,**

**v.**                                                    **No. 3:24-cv-137-WWB-LLL**

**VERIZON COMMUNICATIONS, INC. AND
SYNCHRONOSS TECHNOLOGIES, INC.,**

   **Defendants.**
_____

### Order Granting Motion for Special Admission

Verizon's Unopposed Motion for Special Admission, doc. 14, is **granted**. Marc Zwillinger is permitted to appear pro hac vice on behalf of defendant Verizon Communications, Inc. Counsel shall register with the Court's electronic case filing (ECF) system if he has not already done so.

**Ordered** in Jacksonville, Florida, on February 27, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Jeffrey Scott Nooney, Jr., Esquire
Michael Keith Roberts, II, Esquire
Nury Agudo Siekkinen, Esquire
Marc Zwillinger, Esquire