# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

      **Plaintiff,**                            **Civil Action No. 3:24-cv-00137**

**v.**

**VERIZON COMMUNICATIONS, INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL ADDRESS

Andrew H. Reiss, Esq. and Katherine V. Ramos-Bigley, Esq., of Bond, Schoeneck & King, PLLC, gives Notice of Appearance on behalf of Defendant, Synchronoss Technologies, Inc.

Pursuant to Fla.R.Jud.Admin. 2.516(b)(1)(A), Andrew H. Reiss and Katherine V. Ramos-Bigley, hereby designates the following e-mail addresses for the purpose of service of all documents required to be served pursuant to Rule 1.080, Florida Rules of Civil Procedure, in this proceeding:

| | |
|---|---|
| Primary Email Address: | areiss@bsk.com |
| Secondary Email Address: | kramosbigley@bsk.com |
| Secondary Email Address: | knettles@bsk.com |
| Secondary Email Address: | eservicefl@bsk.com |

17400565

Dated:  March 5, 2024.

Respectfully submitted by:

**BOND, SCHOENECK & KING, PLLC**
*Attorneys for Defendant Synchronoss*


By:Andrew H. Reiss
Andrew H. Reiss, Esq.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2024, a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system which will furnish an electronic copy to:

Michael K. Roberts, Esq.
Jeffery S. Nooney, Esq.
Law Offices of Nooney,
Roberts, Hewett and Nowicki
1680 Emerson Street
Jacksonville, FL 32207
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com

By: Andrew H. Reiss
Andrew H. Reiss, Esq.

17400565