# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

      **Plaintiff,**                                   **Civil Action No. 3:24-cv-00137**

**v.**

**VERIZON COMMUNICATIONS, INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation,**

      **Defendants.**

_____/

## AMENDED NOTICE OF APPEARANCE
### (Amended to Designate Lead Counsel)

Andrew H. Reiss, Esq. and Katherine V. Ramos-Bigley, Esq., of Bond, Schoeneck & King, PLLC, give notice of their appearance on behalf of Defendant, Synchronoss Technologies, Inc. in this matter and request service of all documents.

Dated:  March 5, 2024.

                          Respectfully submitted by:

                          **BOND, SCHOENECK & KING, PLLC**
                          *Attorneys for Defendant Synchronoss*

                          By:<u>Andrew H. Reiss</u>
                          Andrew H. Reiss, Esq. – Lead Counsel
                          Florida Bar 116955
                          Katherine V. Ramos-Bigley, Esq.
                          Florida Bar 1048878
                          Northern Trust Building, Suite 105
                          4001 Tamiami Trail North
                          Naples, Florida 34103-3555
                          Telephone: (239) 659-3800

17401526

areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2024, a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system which will furnish an electronic copy to:

Michael K. Roberts, Esq.
Jeffery S. Nooney, Esq.
Law Offices of Nooney,
Roberts, Hewett and Nowicki
1680 Emerson Street
Jacksonville, FL 32207
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com

By: Andrew H. Reiss
Andrew H. Reiss, Esq. – Lead Counsel

17401526