**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                  Case No. 3:24-cv-00137-WWB-LLL

VERIZON COMMUNICATIONS, INC.,
a Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES, INC.,
a Delaware Corporation

       Defendants.

_____/

**<u>PLAINTIFF'S NOTICE OF LEAD COUNSEL</u>**

COMES NOW, pursuant to Local Rule 2.02(a), Plaintiff William Lee Lawshe, by and through its undersigned counsel, and files this Notice of Lead Counsel Designation identifying Michael K. Roberts, Esq. as lead counsel for Plaintiff William Lee Lawshe in this matter.

FURTHER, the undersigned designates the following e-mail addresses for service of all documents required to be served in this proceeding:

Primary E-mail Address: mroberts@nrhnlaw.com

Secondary E-mail Address: azepf@nrhnlaw.com

    Dated on this 7th day of March 2024.

1

**LAW     OFFICES     OF     NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 7th, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**

3