# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
AN INDIVIDUAL

      Plaintiff,

v.                                CASE NO. 3:24-CV-00137-WWB-LL

VERIZON COMMUNICATIONS, INC.,
A DELAWARE CORPORATION, AND
SYNCHRONOSS TECHNOLOGIES, INC.,
A DELAWARE CORPORATION,

      Defendants.

_____

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, Synchronoss Technologies, Inc., makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    a. **B. Riley Financial Services**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]] **Not applicable.**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

3.  Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. **Synchronoss Technologies, Inc. – Defendant**
   b. **B. Riley Financial Services**
   c. **Andrew H. Reiss – Counsel for Synchronoss Technologies, Inc.**
   d. **Katherine V. Ramos-Bigley – Counsel for Synchronoss Technologies, Inc.**
   e. **Bond, Schoeneck & King, PLLC – Counsel for Synchronoss Technologies, Inc.**
   f. **William Lee Lawshe – Plaintiff**
   g. **Michael K. Roberts – Counsel for Plaintiff**
   h. **Jeffery S. Nooney – Counsel for Plaintiff**
   i. **Law office of Nooney, Roberts, Hewett, and Nowicki - Counsel for Plaintiff**
   j. **Verizon Communications, Inc. – Defendant**
   k. **Nury Siekkinen – Counsel for Verizon Communications, Inc.**
   l. **ZwillGen, PLLC – Counsel for Verizon Communications, Inc.**
   m. **Synchronoss Technologies Holdings Limited**
   n. **Synchronoss Technologies Germany GMBH**
   o. **Synchronoss Technologies France SAS**
   p. **Synchronoss Technologies UK Limited**
   q. **Synchronoss Technologies (Bulgaria) LTD**
   r. **Razorsight Corporation**
   s. **Synchronoss Technologies India Private Limited**
   t. **Fusionone KK**
   u. **Critical Path LLC**
   v. **SN Technologies LLC**
   w. **Zentry LLC**
   x. **Critical Path Argentina S.A.**
   y. **Campass Holdings LLC**
   z. **Faxnet Services Corp.**
   aa. **Critical Path Latina America S.A.**
   bb. **Zentry UK Limited**
   cc. **Zentry Contribution LLC**
   dd. **Zentry Netherland BV**

---

(11th Cir. 2017); <u>D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra</u>, 661 F.3d 124, 125-27 (1st Cir. 2011).

    **ee.** **Synchronoss Technologies Mexico, S DE RL DE CV**
    **ff.** **Synchronoss Technologies Europe Limited**
    **gg.** **Synchronoss Messaging Ireland Limited**
    **hh.** **Openwave Messaging (UK) LTD.**
    **ii.** **Synchronoss Technologies Data Centre LTD. (UK)**
    **jj.** **Openwave Systems B.V. (Netherlands)**
    **kk.** **Openwave Messaging B.V. (Netherlands)**
    **ll.** **Synchronoss Technologies Finland LTD.**
    **mm.** **Synchronoss Software Ireland, LTD.**
    **nn.** **Synchronoss Technologies PTE LTD (Singapore)**
    **oo.** **Openwaive Messaging GMBH (Germany)**
    **pp.** **Openwave (Spain) SL**
    **qq.** **Synchronoss Technologies S.P.A. (Italy)**
    **rr.** **Openwave Messaging Hong Kong LTD.**
    **ss.** **Newbay Software Inc.**
    **tt.** **Synchronoss Software Ireland, LTD (Philippines Branch)**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    a. **Synchronoss Technologies, Inc.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **Not applicable.**

6. Identify each person arguably eligible for restitution:

    a. **William Lee Lawshe**

    ☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  March 15, 2024.

Respectfully submitted by:

**BOND, SCHOENECK & KING, PLLC**
*Attorneys for Defendant, Synchronoss*
*Technologies, Inc.*


By: /s/ Katherine V. Ramos-Bigley
Andrew H. Reiss, Esq.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2024, a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system which will furnish an electronic copy to:

Michael K. Roberts, Esq.
Jeffery S. Nooney, Esq.
Law Offices of Nooney,
Roberts, Hewett and Nowicki
1680 Emerson Street
Jacksonville, FL 32207
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com

*Attorneys for Plaintiff*

Nury Siekkinen, Esq.
Marc Zwillinger, Esq.
ZwillGen, PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
nury@zwillgen.com
marc@zwillgen.com

*Attorneys for Defendant, Verizon Communications, Inc.*

By: /s/ Katherine V. Ramos-Bigley
Katherine V. Ramos-Bigley, Esq.