# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

    Plaintiff,

v.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

    Defendants.

_____/

**Civil Action No. 3:24-cv-00137**

## <u>UNOPPOSED JOINT MOTION TO<br>EXTEND TIME TO RESPOND TO COMPLAINT</u>

Defendants Verizon Communications Inc. ("Verizon") and Synchronoss Technologies, Inc. ("Synchronoss," collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01(g), hereby submits this unopposed motion for extension of time to respond to the Amended Complaint of Plaintiff William Lee Lawshe ("Lawshe"). In support of this motion, Verizon states as follows:

1. On January 12, 2024, Plaintiff filed the instant action in the Circuit Court, Seventh Judicial Circuit, for St. John's County. ECF 1 at 1.

2. Plaintiff first served this action on Verizon through its registered service agent on January 17, 2024. ECF 1-2 at 1 (Proof of Service of Summons). Synchronoss was served on February 5, 2024.

3.      Following a meet and confer with counsel for Verizon and after obtaining leave from the Court, Plaintiff filed an Amended Complaint on March 12, 2024. ECF 22.

4.      The Amended Complaint is much more voluminous than the previous complaint, asserting 114 additional paragraphs of allegation and four additional counts compared to the prior Complaint.

5.      Included in the new paragraphs and counts are entirely new factual predicates that were not included in the prior Complaint. *See* ECF 1 and ECF 22.

6.      Verizon and Synchronoss require additional time to investigate these additional factual allegations and legal theories before they can adequately respond.

7.      Extending Defendants' response date by 18 days would not prejudice any party.

8.      This request for an extension is reasonable under the circumstances, particularly given the very early stage of the litigation and the fact that no party will be prejudiced by this brief extension. *Hooker v. Dep't of Veterans Affs.*, No. 822CV00956CEHSPF, 2022 WL 2066043, at *1 (M.D. Fla. June 8, 2022)  ("This Court (as do most courts) routinely grants reasonable extensions of time for both sides of disputes."). That Plaintiff does not oppose the Motion further favors the extension.

**WHEREFORE,** pursuant to Fed. R. Civ. P. 6(b), Defendant Verizon respectfully requests that this Court extend Verizon's time to respond to Plaintiff's Complaint up to and including April 12, 2024.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Verizon, Synchronoss, and Plaintiff conferred via email on March 20 and March 22, 2024. Plaintiff does not oppose the relief sought in this Motion.

Date: March 22, 2024

/s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: nury@zwillgen.com

*Attorney for Verizon Communications Inc.*

Date: March 22, 2024

/s/ Andrew Reiss
Andrew Reiss
**BOND, SCHOENECK & KING LLP**
4001 Tamiami Trail North, Suite 105
Naples, FL 34103-3556
Telephone: (239) 659-3800
Facsimile:  (239) 659-3812
Email: areiss@bsk.com

*Attorney for Synchronoss Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 22, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission fo Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937