# Exhibit C

Filing # 188684255 E-Filed 12/27/2023 10:35:00 AM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
ST. JOHNS COUNTY, FLORIDA

**CASE NO.  CF2300516**

**STATE OF FLORIDA**

**VS.**

**WILLIAM LEE LAWSHE**

_____/

NOLLE PROSEQUI

The State of Florida, by and through the undersigned Assistant State Attorney, announces and hereby files this, its NOLLE PROSEQUI with respect to the above-styled case now pending in this Court; and by said action, the following charge(s) are dismissed():

**POSSESSION OF SEXUAL PERFORMANCE BY A CHILD**
**POSSESSION OF SEXUAL PERFORMANCE BY A CHILD**
**POSSESSION OF SEXUAL PERFORMANCE BY A CHILD**

Dated December 27, 2023, at ST AUGUSTINE, ST. JOHNS County, Florida.

POLICE DEPARTMENT NO.  **ST JOHNS COUNTY SHERIFFS OFFICE/SJSO23OFF001895**

                                                              s/KAITLYN MAIRS PAYNE
                                                              ASSISTANT STATE ATTORNEY
                                                              FLORIDA BAR NO.  99539
                                                              4010 LEWIS SPEEDWAY
                                                              ST AUGUSTINE,FL,32084
                                                              ESERVICESTJOHNS@SAO7.ORG
                                                              (904) 209-1620

PHYSICAL EVIDENCE:

__x___  IS NO LONGER NEEDED FOR COURT AND MAY BE DISPOSED OF
        ACCORDING TO LAW.

_____  HOLD FOR FURTHER COURT PROCEEDINGS AND/OR INSTRUCTIONS.