**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,

        Plaintiff,

v.                                 Case No.: 3:24-cv-137-WWB-LLL

VERIZON COMMUNICATIONS INC.
and SYNCHRONOSS
TECHNOLOGIES, INC.,

        Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on *sua sponte* review of the file.  On March 11, 2024, Plaintiff filed an Amended Complaint (Doc. 20), which Defendants moved to dismiss, (Doc. Nos. 26, 27).  On May 29, 2024, however, the Court Ordered Plaintiff to re-file the Amended Complaint to cure the Rule 11(a) deficiency.  (Doc. 38).  Plaintiff filed his Amended Complaint (Doc. 39) on May 29, 2024.

Upon review of the amended pleading, the only difference between the operative Amended Complaint and its precursor is the addition of Plaintiff's counsel's signature on the last page.  Accordingly, the Court will consider the Motions to Dismiss as though they had been filed in response to the operative Amended Complaint, rather than denying the pending motions as moot.  On or before **June 7, 2024**, the parties may file any objections to the consideration of such motions as currently filed and briefed.

**DONE AND ORDERED** in Jacksonville, Florida on June 4, 2024.



WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record