**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,

        Plaintiff,

v.                              Case No.: 3:24-cv-137-WWB-LLL

VERIZON COMMUNICATIONS INC.
and SYNCHRONOSS
TECHNOLOGIES, INC.,

        Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is **ORDERED** that this case is transferred to the Honorable District Judge Marcia Morales Howard, pursuant to Local Rule 1.07(a), and with her consent, to be considered with related cases.

**DONE AND ORDERED** in Jacksonville, Florida on December 20, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record