UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM LEE LAWSHE,

              Plaintiff,

V.                                      Case No. 3:24-cv-137-MMH-LLL

VERIZON COMMUNICATIONS, INC. and
SYNCHRONOSS TECHNOLOGIES, INC.,

              Defendants.
_____/

## NOTICE OF MEDIATION CONFERENCE

In accordance with the Court's Case Management and Scheduling Order, a

mediation conference has been scheduled in this matter as follows:

**DATE:**                **OCTOBER 17, 2025**

**TIME:**                **9:30 a.m. (8 hours reserved)**

**LOCATION:**       **Via Zoom (log-in instructions to be provided at a later date)**

Dated this 11th day of June, 2025.

Respectfully submitted,

/s/ David S. Brecher
**DAVID S. BRECHER - Mediator**
Florida Bar No. 065110
Certification No. 6938R
301 West Bay Street, Suite 1443
Jacksonville, Florida 32202
Tel: (904) 329-7272
david@brechermediation.com

**Copies to:**

Michael K. Roberts, Esq.
Jeffrey S. Nooney, Jr., Esq.
mroberts@nrhnlaw.com

azepf@nrhnlaw.com
jnooney@nrhnlaw.com
kkaufman@nrhnlaw.com
**Counsel for Plaintiff**

Nury Siekkinen, Esq.
nury@zwillgen.com
docketing@zwillgen.com
madeline@zwillgen.com
marc@zwillgen.com
**Counsel for Defendant Verizon Communications, Inc.**

Andrew Reiss, Esq.
areiss@bsk.com
courtmail@bsk.com
eservicefl@bsk.com
knettles@bsk.com
**Counsel for Defendant Synchronos Technologies, Inc.**