United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                                                                 **NO. 3:24-CV-137-MHH-LLL**

**VERIZON COMMUNICATIONS, INC. AND
SYNCHRONOSS TECHNOLOGIES, INC.,**

     **Defendants.**

_____

### Order Setting Hearing

Before the Court is Defendants' Unopposed Motion for Protective Order, doc. 54. The parties are advised that a hearing will be held on defendants' motion, *id.*, on **Monday July 7, 2025, at 2:00 p.m., in Courtroom 5D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**. The parties shall come prepared to discuss the proposed protective order, doc. 54-1, including: 1) their discussion of "Local Rule 1.09 with respect to filing materials under seal," doc. 54 at 3; 2) the specific provisions of law they rely upon in the proposed protective order, including in Sections 6.3 and 12.3 and whether those sections apply to federal practice or comply with Local Rule 1.11, Middle District of Florida Local Rules, *see* doc. 54-1 at 10, 16-17; and 3) the Court's authority under Section 14 to retain jurisdiction over

the enforcement of the protective order after the case has closed, *id.* at 17-18. Lead

counsel for all parties shall appear.[1]

      **Ordered** in Jacksonville, Florida, on June 25, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Jeffrey Scott Nooney, Jr., Esquire
Michael Keith Roberts, II, Esquire
Nury Agudo Siekkinen, Esquire
Marc Zwillinger, Esquire
Andrew H. Reis, Esquire
Katherine Vanessa Ramos-Bigley, Esquire
David Scott Brecher, Esquire

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring personal electronic devices into the United States Courthouse. See Local Rule 7.02, United States District Court, Middle District of Florida.