## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

**Civil Action No. 3:24-cv-00137**

Plaintiff,

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

Defendants.

---

## DEFENDANTS' UNOPPOSED NOTICE OF WITHDRAWAL OF

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Defendants Verizon Communications Inc. ("Verizon") and Synchronoss
Technologies, Inc. ("Synchronoss") (together, "Defendants") hereby withdraw
Defendants' pending Unopposed Motion for a Protective Order, ECF 54, and request
that the Court cancel the hearing currently scheduled for July 7, 2025 regarding the
same. Pursuant to Local Rule 3.01(g), Defendants have met and conferred with
counsel for William Lee Lawshe ("Plaintiff") regarding this withdrawal (collectively,
the "Parties"), and Plaintiff does not oppose. To provide context for this Notice of
Withdrawal, Defendants state as follows:

On May 29, 2024, Plaintiff filed the operative Amended Complaint, ECF 39. Defendants each moved to dismiss the Amended Complaint, ECF 26 and 27, which the Court granted in part and denied in part on February 28, 2025, ECF 45.

On June 9, 2025, Defendants filed an Unopposed Motion for a Protective Order after their respective counsel met and conferred with Plaintiff's counsel multiple times regarding the substance of a proposed protective order. ECF 54.

On June 11, 2025, the Parties filed a notice of mediation to be held on October 17, 2025. ECF 55.

On June 25, 2025, the Court ordered a hearing on Defendants' Unopposed Motion for a Protective Order. ECF 56.

After the Parties filed the notice of the October 17 Mediation on June 11, they began engaging in preliminary discussions concerning the possibility of resolving this matter or narrowing the issues to be litigated through early mediation. They ultimately agreed that mediation earlier than the court-ordered mediation set for October 17, 2025 would be an appropriate means of attempting to resolve or narrow the issues presented in this action.

The Parties have agreed to a mediation before Judge Freda L. Wolfson (ret.) of Lowenstein Sandler on July 31, 2025 and are discussing streamlined alternatives to an entered protective order to the extent that they agree to exchange any sensitive or confidential information. The Parties agree that withdrawal of the Unopposed Motion for a Protective Order at this time would allow the Parties to focus on the upcoming early mediation.

Defendants accordingly withdraw their Unopposed Motion for a Protective Order and request that the Court cancel the hearing currently scheduled for July 7, 2025 regarding the same, which Plaintiff does not oppose.

Dated: July 1, 2025

Respectfully submitted,

**ZWILLGEN PLLC**
*Attorneys for Verizon Communications, Inc.*

By: /s/ *Nury Siekkinen*
Nury Siekkinen
Florida Bar No. 1015937
1900 M. Street NW, Suite 250
Washington, DC 20036
nury@zwillgen.com

**BOND, SCHOENECK & KING, PLLC**
*Attorneys for Defendant Synchronoss Technologies, Inc.*

By:  /s/ *Andrew H. Reiss*
Andrew H. Reiss.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

3

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

 /s/ Nury Siekkinen
Nury Siekkinen (Florida Bar No. 1015937)

## SERVICE LIST

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Attorneys for Plaintiff*

**BOND, SCHOENECK & KING, PLLC**
Andrew H. Reiss, Esq.
Katherine V. Ramos-Bigley, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

*Attorneys for Defendant*
*Synchronoss Technologies, Inc.*

4

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Verizon conferred with counsel for Plaintiff on June 26 and June 27, 2025, via email and he does not oppose the granting of the relief requested in this motion.

   /s/ Nury Siekkinen          
Nury Siekkinen (Florida Bar No. 1015937)