## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

an individual,

**Civil Action No. 3:24-cv-00137-MMH-LLL**

Plaintiff,

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES,
INC., a Delaware Corporation,

Defendants.

---

### WILLIAM LEE LAWSHE, VERIZON COMMUNICATIONS INC., AND SYNCHRONOSS' TECHNOLOGIES, INC.'S JOINT MOTION TO STAY

Plaintiff William Lee Lawshe ("Plaintiff"), defendant Verizon Communications Inc. ("Verizon), and defendant Synchronoss Technologies, Inc. ("Synchronoss") (collectively, the "Parties") jointly request that the Court issue an order staying all proceedings while the Parties attempt to resolve this action through mediation. In support of this Joint Motion, the Parties state as follows:

1.      On February 6, 2024, Plaintiff filed his Initial Complaint in this case in state court, which was removed to this Court on February 7, 2024. ECF 1 and 4. The

currently operative Amended Complaint was filed on May 29, 2024. ECF 39 ("Amended Complaint").

2.      Verizon and Synchronoss each moved to dismiss the Amended Complaint, and on February 28, 2025, the Court issued an order granting those motions in part and denying them in part. ECF 45.

3.      Verizon and Synchronoss each filed their respective Answer to the Amended Complaint on March 14, 2025. ECF 46 and 47.

4.      On March 24, 2025, the Court entered its Case Management and Scheduling Order and Referral to Mediation. ECF 49. The Order requires discovery to be complete by November 28, 2205, dispositive motions to be filed by December 30, 2025, and a mediation hearing to be completed by December 30, 2025.

5.      Verizon filed a motion for reconsideration of the Motion to Dismiss Order on March 28, 2025, which is currently pending before the Court. ECF 50.

6.      On June 11, 2025, the Court was notified that the Parties agreed to a mediation before Mr. David S. Brecher on October 17, 2025 (the "October Mediation"). ECF 55.

7.      After the Parties agreed to the October Mediation, they engaged in further discussions concerning the possibility of a resolution of this matter through mediation and ultimately agreed that an earlier mediation date could be a helpful means of attempting to resolve the issues presented in this action.

8.      The Parties have agreed to a mediation in front of Judge Freda L. Wolfson (ret.) of Lowenstein Sandler on July 31, 2025.

9. Plaintiff filed a new Motion for Leave to Amend his Complaint on July 14, 2025. ECF 59. Verizon's and Synchronoss' current deadline to oppose this motion is July 28, 2025, three days before the scheduled mediation before Judge Wolfson.

10. Verizon intends to oppose the Motion for Leave to Amend on multiple grounds. However, to facilitate the Parties' attempt to resolve their respective claims and defenses via mediation, the Parties jointly request the Court to stay all proceedings by 45 court days, until September 2, 2025. This request is made in good faith, not for purposes of delay, and is without waiver of the Parties' rights or remedies in this matter, all of which are expressly reserved.

11. A stay will not prejudice any party to this matter. To the contrary, granting the stay will save the Parties litigation costs and attorneys' fees and will save this Court from expending resources addressing issues that may be resolved through mediation.

12. If a stay is granted, the Parties will file a Joint Status Report with the Court no later than September 2, 2025, providing an update on the mediation process and advising whether the Parties believe the case should return to active litigation. This Joint Status Report will also contain the Parties' proposals as to any further changes to the current case calendar; the Parties have agreed to timely discuss any issues related to the current case calendar during the pendency of the requested stay.

For the foregoing reasons, the Parties jointly request the Court to stay all proceedings while the Parties mediate this action and order the Parties to file a Joint

3

Status Report on the case status and any proposals by the Parties regarding modification of any current case deadlines no later than September 2, 2025.

Dated: July 18, 2025

Respectfully submitted,

**ZWILLGEN PLLC**

*Attorneys for Defendant*
*Verizon Communications, Inc.*

By: /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
1900 M Street NW, Suite 250
Washington, DC 20036
nury@zwillgen.com

**BOND, SCHOENECK &
KING, PLLC**

*Attorneys for Defendant*
*Synchronoss Technologies, Inc.*

By:  /s/Andrew H. Reiss
Andrew H. Reiss, Esq.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

4

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*Attorneys for Plaintiff*

By: /s/Michael K.Roberts
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Verizon conferred with counsel for Plaintiff and counsel for Synchronoss on July 15, 2025, via email and they do not oppose the granting of the relief requested in this motion.

/s/ Nury Siekkinen
Nury Siekkinen (Florida Bar No. 1015937)