**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,

     Plaintiff,

v.                                                                Case No. 3:24-cv-137-MMH-LLL

VERIZON COMMUNICATIONS,
INC., and SYNCHRONOSS
TECHNOLOGIES, INC.,

     Defendants.

---

## O R D E R

**THIS CAUSE** is before the Court on William Lee Lawshe, Verizon Communications Inc., and Synchronoss' Technologies, Inc.'s Joint Motion to Stay Case (Dkt. No. 60; Motion) filed on July 18, 2025. In the Motion, the parties request a brief stay while they attempt to resolve this matter. See generally Motion. After due consideration, it is

**ORDERED:**

1.   William Lee Lawshe, Verizon Communications Inc., and Synchronoss' Technologies, Inc.'s Joint Motion to Stay Case (Dkt. No. 60) is **GRANTED**.

2.   This case is **STAYED**.

3.    The Clerk of the Court is directed to administratively close the case until further Order of the Court.

4.    The Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 49) is **VACATED**.

5.    No later than **September 2, 2025**, the parties shall file a joint notice advising the Court of the status of this matter.

6.    If the matter is not resolved, then the parties shall file an Amended Case Management Report no later than **September 9, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of July, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -