**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

        Plaintiff,

v.

VERIZON COMMUNICATIONS INC., a Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation,

        Defendants.

**Civil Action No. 3:24-cv-00137-MMH-LLL**

## WILLIAM LEE LAWSHE, VERIZON COMMUNICATIONS INC., AND SYNCHRONOSS TECHNOLOGIES, INC.'S JOINT NOTICE

Plaintiff William Lee Lawshe ("Plaintiff"), defendant Verizon Communications Inc. ("Verizon), and defendant Synchronoss Technologies, Inc. ("Synchronoss") (collectively, the "Parties"), pursuant to this Court's Order dated July 22, 2025 (Dkt. No. 61) hereby submit this Joint Notice.

1. On a joint motion by the Parties, the Court entered an Order on July 22, 2025, staying the case and vacating the prior Case Management Order.

2. The Parties mediated before Judge Freda L. Wolfson (ret.) of Lowenstein Sandler on July 31, 2025. However, the mediation was unsuccessful and the Parties believe the case should return to active litigation.

3. Promptly after the conclusion of the mediation, the Parties conferred via email between August 6 and August 12, 2025, concerning an amended schedule for this matter.

4. The Parties agree on the following dates:

| Action or Event | Date |
|---|---|
| Deadline to respond to Plaintiff's motion to amend the pleadings. | 8/29/2025 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).      Plaintiff | 11/12/2025 |
| Defendant | 12/12/2025 |
| Rebuttal | 1/12/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. | 1/30/2026 |
| Deadline for moving for class certification, if applicable. | N/A |
| Deadline for filing any dispositive and *Daubert* motion. | 3/3/2026 |
| Deadline for participating in mediation. | 3/3/2026 |
| Deadline for filing all other motions, including motions in limine. | 7/7/2026 |
| Deadline for filing the joint final pretrial statement. | 7/21/2026 |
| Date of the final pretrial conference. | 8/3/2026 |
| Trial term begins. | 8/24/2026 |

5.  Pursuant to the Court's July 22 Order (Dkt. No. 61), the Parties intend to file concurrently herewith an Amended Case Management Report with the dates listed above.

Dated: August 18, 2025

Respectfully submitted,

**ZWILLGEN PLLC**

*Attorneys for Defendant*
*Verizon Communications, Inc.*

By: /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
1900 M Street NW, Suite 250
Washington, DC 20036
nury@zwillgen.com

**BOND, SCHOENECK & KING, PLLC**

*Attorneys for Defendant*
*Synchronoss Technologies, Inc.*

By: /s/ Andrew H. Reiss
Andrew H. Reiss, Esq.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*Attorneys for Plaintiff*

By: /s/Michael K.Roberts
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                        /s/ Nury Siekkinen
                                      Nury Siekkinen (Florida Bar No. 1015937)

## SERVICE LIST

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Attorneys for Plaintiff*

**BOND, SCHOENECK & KING, PLLC**
Andrew H. Reiss, Esq.
Katherine V. Ramos-Bigley, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

*Attorneys for Defendant Synchronoss Technologies, Inc.*