UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WILLIAM LEE LAWSHE, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES INC., a Delaware Corporation,<br><br>    Defendants. | **Civil Action No. 3:24-cv-00137-MMH-LLL** |

## DECLARATION OF NURY SIEKKINEN IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

I, Nury Siekkinen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC, a member of the Bar of the state of Florida, and admitted to practice before this Court. I am counsel for Defendant Verizon Communications Inc. ("Verizon") in this action. I make this declaration under 28 U.S.C. § 1746 based on my own personal knowledge and my review of the relevant correspondence and materials in this matter. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy, with slight redactions, of the image Defendants reported to the National Center for Missing and Exploited Children on or about January 25, 2023 (the "January Image").

3. Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of Fallon McNulty, as produced to Verizon by Plaintiff in this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Dr. Kathleen Dully, as produced to Verizon by Plaintiff in this matter.

5. Attached hereto as **Exhibit D** is a true and correct copy of the deposition transcript of Mikayla Preston, as produced to Verizon by Plaintiff in this matter.

6. Attached hereto as **Exhibit E** is a true and correct copy of the deposition transcript of Eugene Tolbert, as produced to Verizon by Plaintiff in this matter.

7. Attached hereto as **Exhibit F** is a true and correct copy of the deposition transcript of Kevin Greene, as produced to Verizon by Plaintiff in this matter.

8. Attached hereto as **Exhibit G** is a true and correct copy of the deposition transcript of Cara Blaszka in this matter.

9. Attached hereto as **Exhibit H** are true and correct copies of emails from Jeffrey Douglas, agent of the website Met-Art.com, as produced to Verizon by Plaintiff in this matter.

10. Attached hereto as **Exhibit I** is a true and correct copy of Verizon's Verified Responses to Plaintiff's First Set of Interrogatories, which Verizon served on Plaintiff in this matter on June 6, 2025.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Joshua Buxbaum, as produced by Verizon to Plaintiff in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 29, 2025

/s/ *Nury Siekkinen*
Nury Siekkinen
Florida Bar No. 1015937
Email: nury@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

*Attorney for Defendant
Verizon Communications Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on August 29, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Nury Siekkinen*
Nury Siekkinen

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
*Counsel for Plaintiff*

Bond, Schoenick & King LLP
Andrew H. Reiss, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
eservicefl@bsk.com
*Counsel for Defendant, Synchronoss Technologies, Inc.*