# EXHIBIT B

```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION

             CASE NO.  3:24-cv-00044-MMH-MCR


WILLIAM LEE LAWSHE,
an individual,

                Plaintiff,
vs.

MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns
County Sheriff's Office; and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child
Protection Team,

                Defendants.
_____/




          VIDEOTAPED DEPOSITION OF FALLON MCNULTY

             Taken on Behalf of the Plaintiff




     DATE TAKEN:                 June 12, 2025
     TIME:                       10:06 AM - 1:18 PM
     PLACE:                      Via Videoconference




        Examination of the witness taken before:
             Jodi J. Benjamin, Court Reporter
      and Notary Public, State of Florida at Large.

                   Huseby Litigation
                  14 Suntree Place
                      Suite 101
              Viera/Melbourne, FL  32940
```

```
 1   different hash values were through, again, that
 2   technology and PhotoDNA, and we have seen this image
 3   reported to the CyberTipline previously.
 4        Q    Prior to January 25th, 2023?
 5        A    Yes, that is correct.
 6        Q    All right.  Is there any document that you
 7   could refer to, or NCMEC has possession of, that would
 8   tell me on what occasions, you know, previous to
 9   January 25, 2023, that this image had been reported?
10        A    There's not currently a document that has that
11   information.
12        Q    Can you give me any sort of idea how many
13   times prior to January 25, 2023, this particular image
14   had been reported to NCMEC?
15        A    It had been seen in just over two hundred
16   CyberTipline reports.
17        Q    And let me ask you another question.
18        Did you, did you do the PhotoDNA comparison?
19        A    Yes.
20        Q    With the, with the external list?
21        A    We did.  With the hash-sharing list?
22        Q    Right.
23        A    Yes, that is correct.
24        Q    With the hash -- and that did not return any,
25   any results?
```

Page 21

1  the inclusion of identifying which files would be
2  suitable to be represented on NCMEC's hash-sharing
3  contributions.
4      That includes a three-part human review in which
5  initially a first-pass reviewer is going to be assessing
6  the content of what is depicted within that file, and
7  applying a content categorization.
8      It then goes to a second-review process, so a
9  second individual is reviewing that content and seeing
10 if they agree with that content categorization.
11     If at that point the content has gone through the
12 two-part review process and both reviewers have agreed
13 that it depicts apparent child sexual abuse material,
14 it's going to go through a third-party review by another
15 more senior member of our staff who is looking both to,
16 one, ensure that they agree that the file should be
17 classified as apparent CSAM, and also to review the file
18 to see if it's suitable for hash-sharing.
19     **Q   And so is, do, do you know whether or not at**
20 **some point prior to January 25th, 2023, that the content**
21 **which is the subject of the CyberTip report that we're**
22 **looking at here in Exhibit A had gone through this**
23 **triple-vetting process?**
24     A   This file had been reviewed and had been
25 previously categorized.  Because it is not represented

```
 1   on our hash-sharing list, it would not have necessarily
 2   gone through the triple-vetting process, but it would
 3   have gone through the two-person process for the content
 4   categorization.
 5        Q    And I, so I understand what you're saying,
 6   only, only, I guess, I guess it's, in theory, you could
 7   go through the three steps, and then the final step
 8   someone make the decision, the more senior, that it's
 9   not going to be included in the list; is that correct?
10        A    Yes, that's possible.
11        Q    All right.  So this content was previously
12   categorized how?
13        A    This content was categorized and should be
14   included within this report as well, if you look at
15   Section C or Section D of the PDF, but was classified as
16   unconfirmed child pornography.
17        Q    And what does that mean?
18        A    That unconfirmed designation -- yes, that's
19   the designation there.  That indicates that when this
20   file was being reviewed and categorized, it depicted
21   either a sex act or lewd and/or lascivious exhibition,
22   but that NCMEC was not able to confirm the age of the
23   individual depicted.  So we're indicating that it could
24   be CSAM, but it is unconfirmed.
25        Q    So tell me what, what is the standard for
```

Page 44

1   report.  Ultimately as a clearinghouse, we're serving
2   two main functions.
3        One is we are constantly triaging the tens of
4   thousands of reports that we're receiving each and every
5   day to prioritize the risk to a child.  So we are
6   constantly looking to surface any reports where a child
7   may be imminently in harm's way.
8        Secondly, we are looking to see and determine where
9   that report resolves to based on the information that's
10  contained within that report ==so it can be made available==
11  ==to the appropriate law enforcement agency for their==
12  ==independent review.==
13       Q    You understand, or do you understand that if,
14  if law enforcement is having to deal with images of
15  adults, that that takes away from the time that they can
16  focus on children?
17       A    It would really depend in what context.  There
18  are certainly reports that come into the CyberTipline
19  which depict adults who are perhaps engaged in sexually
20  abusing a child, adults who are engaged in online
21  enticement or sextortion of a child.  So we do receive
22  information concerning adults.
23       Q    Have you ever gotten complaints from law
24  enforcement, like something to the effect of, hey, you
25  know, we're, we're drowning in the amount of CyberTip

Page 57

 1   hundred and thirty-eight thousand and change.
 2         And you guys removed those, it looks like as soon
 3   as practical, as soon as you were in a, notified of
 4   those, you removed those from the hash lists?
 5      A   Yes.
 6      Q   This audit did not cover the content in the
 7   NGO, the NGO hash-sharing list contributed by IWF or the
 8   Canadian organization?
 9      A   No, this only concerned the NCMEC hashes.
10      Q   So going back to Exhibit A, I just want to
11   kind of go through this document.  We've looked at the
12   executive summary.
13         I want to talk about the incident time.  I've read
14   in some of your training materials, warnings to law
15   enforcement, that electronic service providers may be
16   providing inaccurate incident times.
17         Does that sound familiar?
18      A   I wouldn't characterize it as inaccurate so
19   much as that different industry members may utilize this
20   field for different purposes.  We have an additional
21   field which is incident date and time description in
22   which the industry member can choose to clarify exactly
23   what the incident time reflects.
24         But in this instance that information was not
25   provided within this report.

1  Q  So you don't really know what Synchronoss --
2  from, from this report, it's, you're unable to know what
3  Synchronoss meant by the, the incident time?
4  A  Yes, we don't have that further clarification
5  in this section of the report.
6  Q  Okay.  And let me, let me just go back up
7  because I think just, just for the record the, there's a
8  time stamp on the report of 1/25/2023 at twenty-one
9  eighteen twelve UTC.
10     Does, did I read that correctly?
11 A  Yes.
12 Q  And the incident time, is that the exact same
13 time down to the second?
14 A  It looks to be, yes.
15 Q  How does NCMEC generate the received by NCMEC
16 on, how do you generate that time?
17 A  Our system generates this time at the point in
18 which the, the company submits the report to the
19 CyberTipline.
20 Q  Are you confident that that is an accurate
21 recording of the time that NCMEC received the report?
22 A  Yes, I am.
23 Q  So in this instance, would you agree with me
24 that it appears that the incident time provided by
25 Synchronoss is, is simply the time that they hit the

Case 3:24-cv-00137-MMH-LLL   Document 67-3   Filed 08/29/25   Page 9 of 12 PageID 556
WILLIAM LEE LAWSHE vs MIKAYLA PRESTON, ET AL.
Fallon McNulty on 06/12/2025

Page 69

```
 1     A     In theory, yes, we could try to do that.
 2     Q     But if I asked you to do that, you could try
 3  to do that?
 4     A     Yes.
 5     Q     That's something you have the capability of
 6  doing.
 7           Okay.  So to go back to, I think it was Exhibit A.
 8           What was, and so we talked about, do you recall the
 9  training material where you were, where we were talking
10  about law enforcement, warning them about the incident
11  time?
12     A     Are you referring to the, our PowerPoint
13  presentation?
14     Q     Yeah, I think that's where I saw it.
15           Rather than like digging through it and pulling it
16  up, can you tell me about that?
17     A     Yes, so as I stated earlier, so one of the
18  things that we highlight here is that ==the incident time==
19  ==could represent different things to different industry==
20  ==members.==
21           We also have a field available for incident time
22  description in which a company can choose to clarify
23  what this time reflects within their reports, but that
24  was not included within this CyberTipline report.
25     Q     So Synchronoss had the ability to clarify what
```

Page 84

1  And so when we were querying to see how many times it
2  had been reported previously, we first started seeing it
3  in 2017, or a version of it, submitted by other industry
4  members.
5       In, in that particular version, the, the photo has
6  been either photoshopped or digitally altered to depict
7  a child's face superimposed over the body of the
8  individual.
9       Q    Oh, so I, I was, I was, that's -- okay.
10      So you have looked at the content though that was
11 attached to this file?
12      A    Yes, I have.
13      Q    It, it does not have a child's face?
14      A    It does not.
15      Q    And because, I mean, I'm not trying to be
16 mean, I'm forty-seven years old.
17      The, the woman does not look to be remotely young,
18 I mean, I -- do you agree that she does not appear to be
19 a teen or a young adult at all?
20      A    The file itself is now categorized as appears
21 adult within the CyberTipline system.
22      Q    Okay.
23      A    ==In reviewing the file, I could understand an==
24 ==analyst making the designation as unconfirmed, really==
25 ==the, the focus of the file itself being on the==

1  individual's anus and genitalia, and ultimately making
2  that determination to leave it for law enforcement for
3  their review.
4      Q    Are you, are you saying like lack of, lack of
5  pubic hair, is that what you mean when you say the
6  focus?
7      A    Yeah, certainly.  In terms of the, the file in
8  this report, that individual's face, when the, the
9  analyst is going through and doing a review not
10 necessarily being the focus --
11     Q    Mm-hmm.
12     A    -- what they might be looking at.
13     Q    Mm-hmm.
14     A    And, again, keeping in mind is the analyst is
15 processing the report, they are making that fairly snap
16 determination about where that, that report resolves to
17 and who it should be made available to, and then
18 applying that top level incident type that was selected.
19     Q    When was this hash listed as appears adult?
20     A    I believe that that was first categorized in
21 either late 2023 or early 2024.
22     Q    I'm just looking at something.
23          And, you know, just, it's just the way things go
24 when you're viewing hundreds of documents and moving.
25          I, I will reshow I think what is Exhibit F.  This

Page 110

```
 1   exchange or otherwise collect CSAM, do they ever
 2   purposefully attempt to modify the picture in an effort
 3   to avoid MD5 hash matching by you or other
 4   organizations?
 5        A    Yes.
 6        Q    Okay.  And based on your prior testimony, that
 7   could be as simple as cropping a photograph; correct?
 8        A    Correct.
 9        Q    Or, or adding text in, in the corner in such a
10   way that it is no longer the exact same image; correct?
11        A    Yes, editing it in any way would change the
12   hash value.
13        Q    You testified earlier that this particular
14   image was likely not triple-vetted when it was submitted
15   in this case pursuant to this specific CyberTipline
16   submission; is that correct?
17        A    The triple-verification, the tertiary review
18   is for inclusion on the hash-sharing list, and this file
19   was not categorized as apparent child sexual abuse
20   material, so it is unlikely that it went for that
21   third-pass review.
22        Q    Okay.  And, but you testified that it had
23   already been vetted with, when it was submitted, when
24   the same image was submitted but in a slightly different
25   format resulting in a different MD5 hash value; is that
```