# EXHIBIT C

WILLIAM LEE LAWSHE vs MIKAYLA PRESTON, ET AL.
Kathleen Dully, M.D. on 04/28/2025

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3
                        CASE NO.:  3:24-cv-00044-MMH-MCR
 4

 5   WILLIAM LEE LAWSHE,
     an individual,
 6
          Plaintiff,
 7
     vs.
 8
     MIKAYLA PRESTON,
 9   in her individual capacity
     as a Detective for St. Johns
10   County Sheriff's office
     and KATHLEEN DULLY, in her
11   individual capacity as
     medical director of the UF
12   Child Protection Team,

13        Defendants.
                              /
14

15
     ZOOM VIDEOTAPED DEPOSITION OF:  KATHLEEN DULLY,
16                                   M.D.

17   DATE:         April 28, 2025

18   TIME:         10:00 a.m. - 12:26 p.m.

19   LOCATION:     Via Zoom

20   REPORTED BY:  LISA K. PENKACIK, RMR

21

22

23

24

25
```

```
 1        Q.   Please do.
 2        A.   The image depicts what appears to be a
 3   naked pubertal female child wearing pink earrings and
 4   white lace socks on her feet.  She is on a wood floor
 5   in a knees to chest position with her lower legs and
 6   ankles parted to expose her genitalia for the camera.
 7        Q.   So she was in a knees to chest position; is
 8   that correct?
 9        A.   Yes.
10        Q.   Now, you were of the opinion -- Oh, I'm
11   sorry, I didn't mean to stop sharing there, I'm
12   sorry.
13             Your opinion was that she appeared to be
14   SMR IV; is that correct?
15        A.   Just of her genitals, yes.
16        Q.   Because you -- you couldn't evaluate her
17   breasts?
18        A.   I don't think I was able to see them or I
19   would have put them in there.
20        Q.   Well, knees to chest, in theory, she would
21   be covering her breasts with her knees or her legs,
22   correct?
23             MR. KASS:  Form.
24        A.   That sounds right.
25        Q.   Yeah.
```