# EXHIBIT F

WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.
Kevin Greene on 12/17/2024

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3              Case 3:24-cv-00044-MMH-MCR

 4   WILLIAM LEE LAWSHE, an individual,

 5          Plaintiff,

 6   -vs-

 7   ROBERT HARDWICK, in his official capacity as Sheriff of
     St. Johns County, MIKAYLA PRESTON, in her individual
 8   capacity as a Detective for St. Johns County Sheriff's
     Office, and KATHLEEN DULLY, in her individual capacity
 9   as medical director of the UF Child Protection Team,

10          Defendants.

11   _____/

12          REMOTE DEPOSITION OF KEVIN GREENE

13          Taken on Behalf of the Plaintiff

14          DATE TAKEN:  Tuesday, December 17, 2024
            TIME:        10:02 a.m. - 12:12 p.m.
15          PLACE:       Remotely via Zoom

16

17

18     Deposition of the witness taken before:

19              Maureen Hall, RPR, FPR

20

21

22

23

24

25
```

Page 65

```
 1    are you?
 2              MR. CARSON:  Object to form.
 3              MS. SHEVLIN:  Join.
 4              THE WITNESS:  I'm not taking any position on
 5       anything.
 6   BY MR. ROBERTS:
 7       Q.   Let me ask you this.  Could a -- in your
 8   opinion, as an investigator, and you have looked at
 9   these images and, you know, could a reasonable person
10   believe that these models were 18 at the time they were
11   depicted in these photographs?
12       A.   Yes.  And a reasonable person could also
13   believe that they are under 18.
14       Q.   And isn't that why the federal government has
15   given investigators the tools to use the federal age --
16   age verification statute?
17              MR. CARSON:  Object to form.
18              MS. SHEVLIN:  Join.
19              THE WITNESS:  The federal age verification
20       statute?
21   BY MR. ROBERTS:
22       Q.   The statute that was disclaimed and -- and
23   posted on the websites that you viewed with these
24   images.
25              MR. CARSON:  Object to form.
```