# EXHIBIT H

**From:** C. Crawford Pierce, IV crawfordpiercelaw@gmail.com
**Subject:** RE: MET-Art
**Date:** December 20, 2023 at 12:58 PM
**To:** Jeffrey Douglas jjdxxx1@gmail.com, Mike Roberts (Cell) mroberts@nrhnlaw.com



Mr. Douglas,

Attached are the two affidavits filed in this case to support the search warrants of my client's computer devices and home, both of which make reference to your client having a "known history of displaying CSAM images of teenage girls and CSAM content" found on page 3 of each document.

I fired off an email to the prosecution this morning with the attached documents you provided, and I am awaiting their response. I don't think it will ultimately come to this, but if push comes to shove, would it be possible to perfect service of process on either of these models in order to get them into a Florida courtroom for trial? What you have provided us thus far should be sufficient to dispose of the case, but I am just anticipating the need for further proof knowing these prosecutors like I do.

Thank you so very much for your assistance thus far!

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
wwww.CrawfordPierceLaw.com
CrawfordPierceLaw@Gmail.com



**From:** Jeffrey Douglas
**Sent:** Tuesday, December 19, 2023 1:08 PM
**To:** C. Crawford Pierce, IV; Mike Roberts (Cell)
**Subject:** Re: MET-Art

I attach the redacted photo ID of "Kacey Lane." She was born on April 28, 2001. The earliest images of her were recorded on October 10 - 13, 2019. Those images were published on November 18, 2019. So she was 18 years, four months and twelve (?) days old at the time of the photography (if my arithmetic is correct).

As to Milena D., she has been the subject of many inquiries. Cases arising from her images were dismissed in England, Iowa, Holland and France. It was she who the FBI Agent (Terri Botterbusch) requested assistance regarding her origins to assure parents of a missing girl in 2013. I attach her holding two passports and an affidavit I provided to an English solicitor resulting in the dismissal of a British prosecution for possession of a sexually explicit image of an underage model. I have asked when "Top Model" film shoot occurred, but the affidavit below indicates that the earliest shoot happened when she was 18 years and seven months old.

Let me know if I can be of further assistance. Specifically, I can sign any and all relevant declarations.

Best wishes and happy holidays!

   JJD     He/Him/His
Jeffrey J. Douglas, A Professional Corporation **Please note address change.**
401 Wilshire Boulevard, Fl 12
Santa Monica, CA  90401-1456

310.804.4971 mobile
310.576.3411
310.576-3408 fx

jjdxxx1@gmail.com

"The law, in its majestic equality, forbids equally the rich, as well as
the poor, to sleep under bridges, to beg in the streets and to steal bread."

From The Red Lily by Anatole France (Jacques Thibault)


On Mon, Dec 18, 2023 at 8:33 PM C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com> wrote:

> Mr. Douglas,
>
> I just located the 2nd model on Met Art's website that they charged my client with possessing photos of, and this appears to be the same set of photos.
>
> Please see what you can locate for me on this model: Milena D in 'Top Star' (129 photos) - MetArt
>
> I am certain these photos and model are from the very same shoot.
>
> Thank you so very much!
>
> Crawford Pierce, IV, Esq.
> The Law Office of C. Crawford Pierce, IV
> 2807 N. Tenth Street, Suite 12
> St. Augustine, FL 32084
> (904) 468-3575
> wwww.CrawfordPierceLaw.com
> CrawfordPierceLaw@Gmail.com
>
> 
>
> **From:** Jeffrey Douglas
> **Sent:** Monday, December 18, 2023 3:15 PM

**Sent:** Monday, December 18, 2023 3:15 PM
**To:** crawfordpiercelaw@gmail.com
**Subject:** MET-Art

Dear Crawford,

It was both pleasant and disturbing speaking with you today. Rest assured of my commitment to assisting your client in this miscarriage of justice. Hard to believe Florida would pursue such a thing....

I have requested the ID information on "Kacy Lane" be sent to me to pass onto you. I hope that the holidays do not slow anything down on MET-Art's end.

Below please find my contact information.

Mobile is the best telephone.

　　　　JJD　　　　　　　He/Him/His
Jeffrey J. Douglas, A Professional Corporation
401 Wilshire Boulevard, Fl 12
Santa Monica, CA  90401-1456

**310.804.4971 mobile**
310.576.3411
310.576-3408 fx

jjdxxx1@gmail.com

"The law, in its majestic equality, forbids equally the rich, as well as
the poor, to sleep under bridges, to beg in the streets and to steal bread."

From The Red Lily by Anatole France (Jacques Thibault)

| Affidavit Supporting Search Warrant - 5.12.23 - Lawshe.PDF  | Affidavit Supporting Search Warrant 2 - 5.12.23 - Lawshe.PDF  |
|---|---|

