# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| WILLIAM LEE LAWSHE, an individual, | |
| Plaintiff, | **Civil Action No. 3:24-cv-00137-MMH-LLL** |
| v. | |
| VERIZON COMMUNICATIONS INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation, | |
| Defendants. | |

## DECLARATION OF JOSHUA BUXBAUM

I, Joshua Buxbaum, declare as follows:

1. I make this declaration based on my own personal knowledge of the records and processes of WebFurther, LLC ("WebPurify"). I am competent to testify to the matters discussed in this declaration.

2. I co-founded WebPurify in 2008. I am currently employed as SVP, Co-Head WebPurify and have served in that position since Dec 20, 2024. WebPurify operates a full suite of content moderation services. One of these services includes providing human review of potential child sexual abuse material ("CSAM") content ("Human Review Services").

3. Verizon Communications Inc. ("Verizon") contracts with WebPurify to provide Human Review Services through its subsidiary, WebFurther India Pvt. Ltd.

("WebFurther"). As part of the Human Review Services, WebFurther's employees receive training on identifying apparent CSAM per Verizon's specifications.

4. In the case of Verizon's contract with WebPurify, WebPurify works with Synchronoss Technologies, Inc. ("Synchronoss"), Verizon's cloud storage services vendor.

5. With respect to images from Verizon, WebPurify is provided links to images for review through WebPurify's secure integration.

6. Once the link to an image is shared with WebPurify, WebPurify places the link in a queue to be reviewed by a member of the moderation team trained for the Verizon project (the "Reviewer").

7. The Reviewer then physically looks at the image on a computer screen via WebPurify's secure system. The Reviewer, based on their training, then makes one of the following category selections:

   a. Not reportable

   b. Illicit – A1 (sex act involving a pre-pubescent minor)

   c. Illicit – A2 (lascivious exposition involving a pre-pubescent minor)

   d. Illicit – B1 (sex act involving a pubescent minor)

   e. Illicit – B2 (lascivious exposition involving a pubescent minor)

8. Once that selection is made, data concerning that selection is reported back to Synchronoss for further action.

9. WebPurify's systems are designed so that a report can *only* be sent from WebPurify if a Reviewer affirmatively selects one of the categories above in

Paragraph 7. WebPurify cannot make a report without the action of a Reviewer. In other words, the existence of a report made by WebPurify about an image reflects that a Reviewer reviewed that image.

10. WebPurify keeps certain records pertaining to a Reviewer's image review actions for only 60 days, at which point they are permanently deleted from WebPurify's system. This is part of WebPurify's regular records retention policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of July, 2025.

By: _____

Joshua Buxbaum

## **CERTIFICATE OF SERVICE**

I certify that on June __, 2025 a true and accurate copy of the foregoing document has been served on all counsel of record identified on the Service via electronic mail:

/s/ Nury Siekkinen

Nury Siekkinen (Florida Bar No. 1015937)

## **SERVICE LIST**

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*