**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                 Case No. 3:24-cv-00137-MMH-LLL

VERIZON COMMUNICATIONS, INC.,
a Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES, INC.,
a Delaware Corporation

       Defendants.

_____/

## <u>MOTION FOR LEAVE TO FILE REPLY</u>

Pursuant to Local Rule 3.01(d) Plaintiff moves this Court for leave to file a

Reply to the Defendant Verizon Communication Inc.'s Opposition to Motion for

Leave to Amend Complaint. (ECF Doc. 67)

In opposing Plaintiff's Motion for Leave to Amend (ECF Doc. 59), Defendant

raises issues which were not briefed or presented in the Motion for Leave.

Specifically, Defendant Verizon askes the Court to find "that Verizon would be

entitled to summary judgment based on the evidence already adduced" and should

deny the motion for leave to amend as futile and made in bad faith. (Opposition

P.10) In addition to these legal arguments, Defendant Verizon has made factual

1

assertions and filed evidence which was not addressed in Plaintiff's Motion for Leave to Amend.

Plaintiff should have the ability to address the arguments and facts raised by Verizon in their Opposition, this includes briefing the matters of summary judgment, futility and bad faith. Plaintiff believes that Defendant's positions are not supported by the law or facts of this case.

## MEMORANDUM OF LAW

Local Rule 3.01(d) states that "[e]xcept for a reply to a motion for summary judgment or a reply brief in a social security case, no party may reply without leave [of Court]." *See* M.D. Fla. Local Rule 3.01(d). "A motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply." *Id.*

"The purpose of a reply brief is to rebut any new law or facts contained in the oppositions [sic] response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2011 U.S. Dist. LEXIS 75346 (M.D. Fla. July 13, 2011). "While parties may ask for leave to file a reply, they must show good cause." *McDonald v. U.S.*, 2013 U.S. Dist. LEXIS 105666 (M.D. Fla. July 29, 2013).

2

Wherefore, the Plaintiff requests an Order granting leave to file a Reply to Defendant Verizon Communication Inc.'s Opposition to Motion for Leave to Amend Complaint. (ECF Doc. 67) The Plaintiff requests that the Reply be no longer than 10 pages.

## Local Rule 3.01(g) Certification

The undersigned hereby certifies that he has conferred with counsel for Verizon regarding the subject of the current Motion for Leave to File Reply. The conferring occurred by email between September 2, 2025 and September 3, 2025. The parties exchanged four emails. Defendant Verizon opposes the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 3, 2025 and the foregoing document is being served this day on all counsel or parties of record.

Dated this 3rd day of September 2025.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*
**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
mroberts@nrhnlaw.com
Attorney for Plaintiff

3