# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

     Plaintiffs,

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

     Defendants.

**Civil Action No. 3:24-cv-00137-MMH-LLL**

---

## DECLARATION OF NURY SIEKKINEN IN SUPPORT OF DEFENDANT VERIZON COMMUNICATIONS INC.'S MOTION TO STAY DISCOVERY

I Nury Siekkinen, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney in the law firm of ZwillGen PLLC, a member of the Bar of the state of Florida, and admitted to practice before this Court.  I am counsel for Defendant Verizon Communications Inc. ("Verizon") in this action.  I make this declaration under 28 U.S.C. § 1746 based on my own personal knowledge and my review of the relevant correspondence and materials in this matter.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     On September 4, 2025, counsel for Plaintiff William Lee Lawshe sought to notice the depositions of three witnesses in this matter.

3.     One of those witnesses is an in-house attorney for Defendant Verizon.

4.      Two of the depositions are noticed for October 13, 2025 and the third is noticed for October 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 5, 2025                    /s/ *Nury Siekkinen*
                                          Nury Siekkinen
                                          Florida Bar No. 1015937
                                          Email: nury@zwillgen.com
                                          **ZWILLGEN PLLC**
                                          1900 M Street NW, Suite 250
                                          Washington, DC 20036
                                          Telephone: (202) 296-3585
                                          Facsimile:  (202) 706-5298

                                          *Attorney for Defendant*
                                          *Verizon Communications Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 5, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Nury Siekkinen*
Nury Siekkinen

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*

BOND, SCHOENECK & KING, PLLC
Andrew H. Reiss, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail
North Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com

*Counsel for Defendant Synchronoss Technologies, Inc.*

3