# EXHIBIT B

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
Cara Blaszka on 06/13/2025

```
 1                   UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF FLORIDA
 2                       JACKSONVILLE DIVISION
                 Civil Action No. 3:24-cv-00137-WWB-LLL
 3

 4    WILLIAM LEE LAWSHE,
      an individual,
 5
                           Plaintiff,
 6

 7    V.

 8
      VERIZON COMMUNICATIONS, INC., a
 9    Delaware Corporation, and SYNCHRONOSS
      TECHNOLOGIES, INC., a Delaware
10    Corporation,

11                         Defendants.

12

13

14
                       Deposition of Cara Blaszka,
15            The remote videoconference was taken by
                      Michael K. Roberts, Esquire
16                      Before Lourdes Valdes,
                   Certified Professional Reporter,
17
                          On June 13, 2025,
18       Beginning at 9:00 a.m. & ending at 2:00 p.m.

19
                                - - -
20

21

22

23

24

25
```

Page 98

1  means -- do you recall that language?
2      A.   I recall their description of it, I don't recall
3  exactly.
4      Q.   Yeah, yeah.  But -- and I just want to be -- real
5  quick, you have no idea what WebPurify's definition of, apparent
6  child pornography is, do you?
7      A.   I don't -- their definition?  I think a definition
8  is -- is one thing.  What their criteria is, I do not.  I don't
9  know if they have a -- I don't know if they even define it or if
10 they just have criteria, and if it meets criteria, they click a
11 button.  They might not make an actual determination, just if
12 it's one, two, three, it moves on.  I don't know.  And I'm
13 speculating.
14          But I can't speak for that.
15     Q.   Okay.  I don't want you to speculate.  I just want you
16 to say the truth.  It sounds like you don't know what WebPurify
17 does.  Other than, it is put into the human review tool and that
18 they put in input after they do what they do?
19     A.   Yes.  Contractually, they have 48 hours to do what
20 they do and provide a response.  Yes, that is correct.
21     Q.   So I think you touched on this; it's WebPurify or
22 whoever -- have you ever heard of Web Further India, Web Further
23 Private Limited?
24     A.   The name may have come across my eyes.  It does sound
25 vaguely familiar, but I've never done business or anything with