**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
**Cara Blaszka on 06/13/2025**

Page 142

buddy.

Q.   Okay.  I'm not your buddy.  "The body development of muscle tone and body curves has not occurred, and, if audio is available, the voice has not deepened."

A.   Yeah, that portion about the muscle tone, yes.  Thank you for reading that whole thing.

Q.   Oh, okay.  Tell me, what's your training and expertise in muscle tone?

A.   I have none.  My husband's a physical therapist, trainer and a licensed --

Q.   So why did you make me continue reading it, yeah?

A.   Because you were focusing on only one of the multiple guidelines that are listed there.

Q.   Right.

A.   Pubic hair is one of them, yes.  But there's also others.

And I just wanted to make sure the record was clear because you stopped that there's more than just what you read.  That's all.  It's merely for the record.

Q.   Yeah, but for the record, the reason I brought this up is because, you don't know what prepubescent means, correct?

A.   That's not true.

Q.   You testified that you didn't know what prepubescent meant.  Was it no pubic hair or the start of pubic hair?  Do you not recall that testimony?

Page 143

A.   Mr. Roberts, I can tell you that I have seen pubic hair on children who are not pubescent.  They do not look like postpubescent.

You don't have the issue -- and let me clarify, the issue I'm having is not post and pre, it's in the middle.  So there is -- I'm testifying --

Q.   You --

A.   Let me finish.  I'm testifying that I do not know where in the middle that line is.

That's correct.

Q.   And you have no training about what prepubescent or postpubescent means, do you?

A.   Training, no.

Q.   Exactly.  So you're talking about personal opinions, correct?

A.   I asked you if you wanted my personal opinion, you said yes --

Q.   Right.

A.   I gave it to you.

Q.   And then I brought -- and I brought this contract up to -- and explicitly I said, let's take it away from personal opinions and let's talk about the contract.  Okay?

A.   Yes.

Q.   Do you recall that?  Right?

A.   Considering I was sitting here, yes.

Page 144

Q.   In this definition -- okay.  In this definition; "As a general guideline, prepubescent is appropriate when," and I'm going to skip because we're just talking about pubic hair right now.  "Has no pubic/facial/underarm hair?"

Did I read that correctly?

A.   As a general guideline, yes, you did.

Q.   Okay?

A.   All right.  Don't know what relevance that has to my testimony, but okay.  We can beat the dead horse as much as you'd like.

Q.   Well, it's relevant because the categorization in our last exhibit is prepubescent?

A.   But did I categorize it, so what does my knowledge matter?  Thank you.

THE WITNESS:  How much longer do you have?  Because my son will be home shortly, I just want to make sure we have enough time.

MR. ROBERTS:  Why don't we take a quick break.

THE WITNESS:  That'd be great.  Because I have to make sure not missing something.  Okay.  Thank you.  How long?

MR. ROBERTS:  Let's take 10 minutes.

THE WITNESS:  Okay.

THE VIDEOGRAPHER:  Off the record, 1:20 p.m.

THE VIDEOGRAPHER:  On the record, 1:33 p.m.

BY MR. ROBERTS: (Resuming)

Page 145

Q.   All right.  So you indicated that you looked at both of the images, which are the subject of this case.  How is it that you looked at those images?

A.   After it was pleaded and established that they were adult images, it was not easy.  I actually requested my team to provide them to me.

They had to provide them through our secure -- we call it a law enforcement portal.

Q.   All right?

A.   Everything is encrypted.  So I was able to get the images from there.

Q.   Okay.  All right.  So I was looking at your Answers to Interrogatories and you indicate -- I can share it because we asked for other reports involving these Hash values.  And somewhere in here -- Ah, hold on?

You indicated that you don't keep like, searchable reports.  Like you can't search by an MD5 Hash?

A.   And get the specific cyber tips attached to it?  I check with my technical team, and that's my understanding of the way our system works.

The only Hashes we really track back are those false positives.

Q.   Okay.  And that's -- I just wanted -- so if I sent you a request, and said, maybe, kind of did.

But, like, you just don't have the ability to search