# Exhibit A

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
Cara Blaszka on 06/13/2025

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF FLORIDA
 2                        JACKSONVILLE DIVISION
                  Civil Action No. 3:24-cv-00137-WWB-LLL
 3

 4   WILLIAM LEE LAWSHE,
     an individual,
 5
                         Plaintiff,
 6

 7   V.

 8
     VERIZON COMMUNICATIONS, INC., a
 9   Delaware Corporation, and SYNCHRONOSS
     TECHNOLOGIES, INC., a Delaware
10   Corporation,

11                       Defendants.

12

13

14
                      Deposition of Cara Blaszka,
15            The remote videoconference was taken by
                     Michael K. Roberts, Esquire
16                      Before Lourdes Valdes,
                  Certified Professional Reporter,
17
                         On June 13, 2025,
18        Beginning at 9:00 a.m. & ending at 2:00 p.m.

19
                                - - -
20

21

22

23

24

25
```

WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.
Cara Blaszka on 06/13/2025

Page 2

```
 1                    APPEARANCES OF COUNSEL

 2

 3   For the Plaintiff:

 4   Michael K. Roberts, Esquire
     Law Offices of Nooney, Roberts, Hewett and Nowicki
 5   1680 Emerson Street
     Jacksonville, Florida 32207
 6   (904)398-1992
     Mroberts@nrhnlaw.com
 7

 8   For the Defendants:

 9   Andrew H. Reiss, Esquire
     BOND, SCHOENECK & KING, PLLC
10   4001 Tamiami Trail North
     Naples, Florida 34103
11   (239)659-3848
     Areiss@bsk.com
12

13   Nury Siekkinen, Esquire
     ZwillGen, PLLC
14   1900 M. Street NW
     Suite 250
15   Washington, D.C. 20036
     (202)706-5229
16   Nury@zwillgen.com

17

18   Also Present:

19   Mike Stingo - The Videographer

20   Autumn Zepf - Paralegal for Mr. Roberts

21

22

23

24

25
```

Page 3

1                    INDEX TO PROCEEDING

2                       EXAMINATION INDEX

3

4   Cara Blaszka                                          Page

5   Exhibit Page                                          4

6   Direct Examination by Mr. Roberts              5  -  151

7   Cross Examination by Ms. Siekkinen           151  -  153

8   Certificate Page                                   -  156

9   Errata Page                                        -  157

Page 138

```
1     A.   Which model are we talking about, the second --
2     Q.   Yeah.
3     A.   Do you want my personal opinion?  I looked at the
4     image and I think she looks under 18.
5     Q.   Okay.
6     A.   That's all.
7     Q.   That's okay.  Let me ask you this:  Do you think that
8     sometimes it can be difficult for -- and I did note your
9     comment, your quip that we are the same age.  I may be a year or
10    two older than you, but I don't know.
11         The older we get, the harder it is to tell people's
12    age?
13    A.   No.  I have children.  I can tell you what their
14    friends ages are.  I don't agree with that at all.
15    Q.   How old -- how old are you -- how old are your kids?
16    A.   10 and almost 13, he'll be 13 in August.
17    Q.   So I have a 13 year old, and I have a 7 year old, and
18    I have a 5 year old.
19         So your testimony is you don't find that sometimes
20    it's difficult to tell how old, like if you're on a college
21    campus or something, how old the kids are?
22    A.   Generally it depends on the age of the children we're
23    talking about.  It's a very odd question.  I mean, I'd like to
24    think that --
25    Q.   Well --
```