# Exhibit G

WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.
Eugene Tolbert on 12/17/2024

```
 1               UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                   JACKSONVILLE DIVISION

 3              Case 3:24-cv-00044-MMH-MCR

 4   WILLIAM LEE LAWSHE, an individual,

 5          Plaintiff,

 6   -vs-

 7   ROBERT HARDWICK, in his official capacity as Sheriff of
     St. Johns County, MIKAYLA PRESTON, in her individual
 8   capacity as a Detective for St. Johns County Sheriff's
     Office, and KATHLEEN DULLY, in her individual capacity
 9   as medical director of the UF Child Protection Team,

10          Defendants.

11   _____/

12           REMOTE DEPOSITION OF EUGINE TOLBERT

13           Taken on Behalf of the Plaintiff

14           DATE TAKEN:  Tuesday, December 17, 2024
             TIME:        1:01 p.m. - 2:47 p.m.
15           PLACE:       Remotely via Zoom

16

17

18      Deposition of the witness taken before:

19              Maureen Hall, RPR, FPR

20

21

22

23

24

25
```

WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.
Eugene Tolbert on 12/17/2024

Page 2

```
 1    APPEARANCES:

 2    Counsel for Plaintiff:

 3
              MICHAEL K. ROBERTS, ESQUIRE
 4            LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND
              NOWICKI
 5            1680 Emerson Street
              Jacksonville, Florida 32207
 6            mroberts@nrhnlaw.com

 7    Counsel for Defendants, Robert Hardwick and Mikayla
      Preston:
 8
              MATTHEW JOSEPH CARSON, ESQUIRE
 9            SNIFFEN & SPELLMAN, P.A.
              123 Monroe Street
10            Tallahassee, Florida 32301-1509
              mcarson@sniffenlaw.com
11

12    Counsel for Defendant, Kathleen Dully:

13            AMY K. SHEVLIN, ESQUIRE
              BUCHANAN & BUCHANAN, P.A.
14            1900 Southeast 18th Avenue, Suite 300
              Ocala, Florida 34471-8237
15            ashevlin@rbtrial.com

16

17

18

19

20

21

22

23

24

25
```

WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.
Eugene Tolbert on 12/17/2024

Page 3

```
 1                    I N D E X

 2    REMOTE ZOOM DEPOSITION OF EUGINE TOLBERT

 3    DIRECT EXAMINATION BY MR. ROBERTS:              4

 4    CROSS EXAMINATION BY MS. SHEVLIN:              72

 5    REDIRECT EXAMINATION BY MR. ROBERTS:           82

 6                  E X H I B I T S

 7    Plaintiff's Ex. No. 1  CyberTipline Report     49

 8    Plaintiff's Ex. No. 2  4-5-23 Letter           59

 9    Plaintiff's Ex. No. 3  Photo ID                65

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 76

```
 1      Q.   And on those five or six occasions that you
 2   had previously met Dr. Dully, were they all within the
 3   context of investigations regarding probable CSAM?
 4      A.   Yes.
 5      Q.   Give me one moment.  I'm just looking through
 6   my notes here.
 7           I misunderstood your testimony earlier.  I
 8   want to ask you again to make sure the record is clear,
 9   prior to the investigation regarding Mr. Lawshe, were
10   you familiar with the website metart.com?
11      A.   No.
12      Q.   Okay.  Do you know what the MET in Metart
13   stands for?
14      A.   I do not.
15      Q.   If I told you it stood for most erotic teens,
16   would that surprise you, based on the content that you
17   saw?
18      A.   No, there's often, like in ICAC
19   investigations, there's often hidden meanings in
20   different terms.
21      Q.   And were you aware that metart.com refers to
22   their models as teens and girls?
23      A.   I'm not aware of that, no.
24      Q.   Would it surprise you?
25      A.   No, it doesn't surprise me.
```