# Exhibit H

```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                      JACKSONVILLE DIVISION

 3
     WILLIAM LEE LAWSHE, an
 4   individual,
                                         CASE NO.:
 5                 Plaintiff,            3:24-cv-44-MMH-MCR

 6      vs.

 7   MIKAYLA PRESTON, in her
     individual capacity as a
 8   detective for St. Johns County
     Sheriff's Office, and KATHLEEN
 9   DULLY, in her individual
     capacity as medical director
10   of the UF Child Protection
     Team,
11
                   Defendants.
12   _____

13           VIDEO-RECORDED DEPOSITION OF

14                  MIKAYLA PRESTON

15          Taken on behalf of Plaintiff

16
         DATE TAKEN:   Thursday, March 13, 2025
17
         TIME:         1:01 p.m. - 6:38 p.m.
18
         PLACE:        St. Augustine Court Reporters
19                     1260 North Ponce De Leon Boulevard
                       Suite E
20                     St. Augustine, Florida 32084

21

22


23       Examination of the witness taken before:

24               Nicole Medlock
         Registered Professional Reporter and FPR-C
25
```

```
 1                    A P P E A R A N C E S

 2


 3        MICHAEL KEITH ROBERTS, II, Esquire

 4        Nooney, Roberts, Hewett, & Nowicki
          1680 Emerson Street
 5        Jacksonville, Florida 32207-6104
          904-398-1992
 6        mroberts@nrhnlaw.com

 7        appearing on behalf of Plaintiff.

 8


 9        MATTHEW JOSEPH CARSON, Esquire
          CHRISTEN ANN PETRUZZELLI, Esquire (via Zoom)
10
          Sniffen & Spellman, P.A.
11        123 North Monroe Street
          Tallahassee, Florida 32301-1509
12        850-205-1996
          mcarson@sniffenlaw.com
13        cpetruzzelli@sniffenlaw.com

14        appearing on behalf of Defendant Mikayla
          Preston.
15


16        AMY R. SHEVLIN, Esquire (via Zoom)

17        Buchanan & Buchanan, P.A.
          1900 SE 18th Avenue, Suite 300
18        Ocala, Florida 34471-8237
          352-629-4099
19        ashevlin@rbtrial.com

20        appearing on behalf of Defendant Kathleen
          Dully.
21


22
          ALSO PRESENT:
23
          ANDREW CUSIMANO, Videographer
24        AUTUMN ZEPF, Paralegal for Plaintiff

25
```

```
 1                          I N D E X

 2   Witness                                                Page

 3   MIKAYLA PRESTON

 4        Direct Examination By Mr. Roberts.............    5

 5        Cross Examination By Ms. Shevlin............... 263

 6        Redirect Examination By Mr. Roberts........... 287

 7        Certificate of Oath........................... 308

 8        Certificate of Reporter....................... 309

 9        Errata Sheet.................................. 310

10

11                     PLAINTIFF'S EXHIBITS

12    Number   Description                                  Page

13    1        Cyber tip line report                          14

14    2        Affidavit for search warrant                   38

15    3        Deposition of Mikayla Preston on               43
               November 21, 2023
16
      4        met-art.com Google search results              45
17
      5        2018 Florida Statute 817.071                   85
18
      6        Letters to Mikayla Preston from               107
19             Kathleen Dully, M.D.

20    7        Photograph                                    161

21    8        Photographs                                   223

22    9        Photograph                                    241

23

24                     DEFENDANTS' EXHIBITS

25                         (None marked.)
```

```
 1   I know that's a lot.  But I'll break it down.  From
 2   Lines 5 to 10, you testified:  Nine times out of ten,
 3   you would always have another detective with you to
 4   confirm this is CSAM, just to get a second opinion on
 5   any image, especially if we're going to move forward
 6   with it.
 7            And then at Lines 16 and 17, you stated that
 8   Kevin Greene reviewed the images.  Detective Scoggins
 9   reviewed the images.  And just a couple minutes ago, you
10   also testified that Detective Tolbert also reviewed the
11   images.  Are all of those people -- excuse me.
12            Were all of these people, at the time,
13   employees of St. Johns?
14       A    Yes, ma'am.  They were and are.  Sorry.
15       Q    Okay.  I know you stated earlier in your
16   testimony that you did not visit met-art.com.  So I will
17   represent to you that met-art.com refers to their model
18   as teens and girls.  Is that something you were aware
19   of?
20       A    I know Kevin Greene stated something along
21   those lines, but I don't remember verbatim what he
22   stated.
23       Q    Okay.  And would it surprise you to learn
24   there are suggested search terms on met-art.com, which
25   include Roy's teen amateurs, teenage beauties, teen from
```

1    Argentina, Asian dream teen, nude hairy teens, petite
2    teens naked, teens in lingerie, teen nipples, teen
3    boobs, teen boobs teen, teens wearing thongs, teens up
4    skirt?  Would any of that surprise you based on what
5    you've seen?
6         A    Based on what I've seen just in
7    investigations, like, for ICAC?
8         Q    Based on -- excuse me.  Thank you for
9    clarifying.  Based on the images that you reviewed in
10   relation to Mr. Lawshe.
11        A    No, that wouldn't surprise me.
12        Q    Okay.  Now, Mr. Roberts had asked you earlier
13   if you were of the opinion that someone had potentially
14   altered the identification or the passports of the
15   models in question to make it appear that they were 18.
16   Do you remember that testimony?
17        A    Yes, ma'am, I do.
18        Q    Or that line of questions?
19        A    Yes, ma'am.
20        Q    Okay. And you -- you saw the images of the
21   two models.  There's one -- I believe her name is
22   Melina (phonetic) D., and she's the one holding the two
23   Ukrainian passports?
24        A    Yes, uh-huh.
25        Q    Okay.  And those images -- on the image with