# Exhibit A

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
**Cara Blaszka on 06/13/2025**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Civil Action No. 3:24-cv-00137-WWB-LLL

WILLIAM LEE LAWSHE,
an individual,

                    Plaintiff,

V.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

                    Defendants.

                Deposition of Cara Blaszka,
        The remote videoconference was taken by
                Michael K. Roberts, Esquire
                    Before Lourdes Valdes,
                Certified Professional Reporter,

                    On June 13, 2025,
        Beginning at 9:00 a.m. & ending at 2:00 p.m.

                            - - -

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
**Cara Blaszka on 06/13/2025**

APPEARANCES OF COUNSEL

For the Plaintiff:

Michael K. Roberts, Esquire
Law Offices of Nooney, Roberts, Hewett and Nowicki
1680 Emerson Street
Jacksonville, Florida 32207
(904)398-1992
Mroberts@nrhnlaw.com

For the Defendants:

Andrew H. Reiss, Esquire
BOND, SCHOENECK & KING, PLLC
4001 Tamiami Trail North
Naples, Florida 34103
(239)659-3848
Areiss@bsk.com

Nury Siekkinen, Esquire
ZwillGen, PLLC
1900 M. Street NW
Suite 250
Washington, D.C. 20036
(202)706-5229
Nury@zwillgen.com

Also Present:

Mike Stingo - The Videographer

Autumn Zepf - Paralegal for Mr. Roberts

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
**Cara Blaszka on 06/13/2025**

**Page 3**

INDEX TO PROCEEDING

EXAMINATION INDEX

Cara Blaszka                                           Page

Exhibit Page                                             4

Direct Examination by Mr. Roberts                    5  -  151

Cross Examination by Ms. Siekkinen                 151 - 153

Certificate Page                                          - 156

Errata Page                                               - 157

**WILLIAM LEE LAWSHE V. VERIZON COMMUNICATIONS, INC., ET AL.**
**Cara Blaszka on 06/13/2025**

Page 138

A.   Which model are we talking about, the second --

Q.   Yeah.

A.   Do you want my personal opinion?  I looked at the image and I think she looks under 18.

Q.   Okay.

A.   That's all.

Q.   That's okay.  Let me ask you this:  Do you think that sometimes it can be difficult for -- and I did note your comment, your quip that we are the same age.  I may be a year or two older than you, but I don't know.

The older we get, the harder it is to tell people's age?

A.   No.  I have children.  I can tell you what their friends ages are.  I don't agree with that at all.

Q.   How old -- how old are you -- how old are your kids?

A.   10 and almost 13, he'll be 13 in August.

Q.   So I have a 13 year old, and I have a 7 year old, and I have a 5 year old.

So your testimony is you don't find that sometimes it's difficult to tell how old, like if you're on a college campus or something, how old the kids are?

A.   Generally it depends on the age of the children we're talking about.  It's a very odd question.  I mean, I'd like to think that --

Q.   Well --