# Exhibit G

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Eugene Tolbert on 12/17/2024**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case 3:24-cv-00044-MMH-MCR

WILLIAM LEE LAWSHE, an individual,

        Plaintiff,

-vs-

ROBERT HARDWICK, in his official capacity as Sheriff of St. Johns County, MIKAYLA PRESTON, in her individual capacity as a Detective for St. Johns County Sheriff's Office, and KATHLEEN DULLY, in her individual capacity as medical director of the UF Child Protection Team,

        Defendants.

_____/

        REMOTE DEPOSITION OF EUGINE TOLBERT

        Taken on Behalf of the Plaintiff

        DATE TAKEN:  Tuesday, December 17, 2024
        TIME:        1:01 p.m. - 2:47 p.m.
        PLACE:       Remotely via Zoom

        Deposition of the witness taken before:

                Maureen Hall, RPR, FPR

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Eugene Tolbert on 12/17/2024**

APPEARANCES:

Counsel for Plaintiff:


          MICHAEL K. ROBERTS, ESQUIRE
          LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND
          NOWICKI
          1680 Emerson Street
          Jacksonville, Florida 32207
          mroberts@nrhnlaw.com

Counsel for Defendants, Robert Hardwick and Mikayla
Preston:

          MATTHEW JOSEPH CARSON, ESQUIRE
          SNIFFEN & SPELLMAN, P.A.
          123 Monroe Street
          Tallahassee, Florida 32301-1509
          mcarson@sniffenlaw.com


Counsel for Defendant, Kathleen Dully:

          AMY K. SHEVLIN, ESQUIRE
          BUCHANAN & BUCHANAN, P.A.
          1900 Southeast 18th Avenue, Suite 300
          Ocala, Florida 34471-8237
          ashevlin@rbtrial.com

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Eugene Tolbert on 12/17/2024**

**Page 3**

INDEX

REMOTE ZOOM DEPOSITION OF EUGINE TOLBERT

DIRECT EXAMINATION BY MR. ROBERTS:                    4

CROSS EXAMINATION BY MS. SHEVLIN:                    72

REDIRECT EXAMINATION BY MR. ROBERTS:                82

EXHIBITS

Plaintiff's Ex. No. 1  CyberTipline Report         49

Plaintiff's Ex. No. 2  4-5-23 Letter               59

Plaintiff's Ex. No. 3  Photo ID                    65

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Eugene Tolbert on 12/17/2024**

Page 76

Q. And on those five or six occasions that you had previously met Dr. Dully, were they all within the context of investigations regarding probable CSAM?

A. Yes.

Q. Give me one moment. I'm just looking through my notes here.

I misunderstood your testimony earlier. I want to ask you again to make sure the record is clear, prior to the investigation regarding Mr. Lawshe, were you familiar with the website metart.com?

A. No.

Q. Okay. Do you know what the MET in Metart stands for?

A. I do not.

Q. If I told you it stood for most erotic teens, would that surprise you, based on the content that you saw?

A. No, there's often, like in ICAC investigations, there's often hidden meanings in different terms.

Q. And were you aware that metart.com refers to their models as teens and girls?

A. I'm not aware of that, no.

Q. Would it surprise you?

A. No, it doesn't surprise me.