# Exhibit H

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM LEE LAWSHE, an individual,

                                        CASE NO.:
                    Plaintiff,          3:24-cv-44-MMH-MCR

     vs.

MIKAYLA PRESTON, in her individual capacity as a detective for St. Johns County Sheriff's Office, and KATHLEEN DULLY, in her individual capacity as medical director of the UF Child Protection Team,

                    Defendants.

_____

VIDEO-RECORDED DEPOSITION OF

**MIKAYLA PRESTON**

Taken on behalf of Plaintiff


DATE TAKEN:   Thursday, March 13, 2025

TIME:         1:01 p.m. - 6:38 p.m.

PLACE:        St. Augustine Court Reporters
              1260 North Ponce De Leon Boulevard
              Suite E
              St. Augustine, Florida 32084




Examination of the witness taken before:

Nicole Medlock
Registered Professional Reporter and FPR-C

A P P E A R A N C E S


MICHAEL KEITH ROBERTS, II, Esquire

Nooney, Roberts, Hewett, & Nowicki
1680 Emerson Street
Jacksonville, Florida 32207-6104
904-398-1992
mroberts@nrhnlaw.com

appearing on behalf of Plaintiff.


MATTHEW JOSEPH CARSON, Esquire
CHRISTEN ANN PETRUZZELLI, Esquire (via Zoom)

Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Florida 32301-1509
850-205-1996
mcarson@sniffenlaw.com
cpetruzzelli@sniffenlaw.com

appearing on behalf of Defendant Mikayla
Preston.


AMY R. SHEVLIN, Esquire (via Zoom)

Buchanan & Buchanan, P.A.
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471-8237
352-629-4099
ashevlin@rbtrial.com

appearing on behalf of Defendant Kathleen
Dully.


ALSO PRESENT:

ANDREW CUSIMANO, Videographer
AUTUMN ZEPF, Paralegal for Plaintiff

I N D E X

Witness                                                    Page

MIKAYLA PRESTON

     Direct Examination By Mr. Roberts.............   5

     Cross Examination By Ms. Shevlin.............. 263

     Redirect Examination By Mr. Roberts.......... 287

     Certificate of Oath.......................... 308

     Certificate of Reporter...................... 309

     Errata Sheet................................. 310


PLAINTIFF'S EXHIBITS

| Number | Description | Page |
| --- | --- | --- |
| 1 | Cyber tip line report | 14 |
| 2 | Affidavit for search warrant | 38 |
| 3 | Deposition of Mikayla Preston on November 21, 2023 | 43 |
| 4 | met-art.com Google search results | 45 |
| 5 | 2018 Florida Statute 817.071 | 85 |
| 6 | Letters to Mikayla Preston from Kathleen Dully, M.D. | 107 |
| 7 | Photograph | 161 |
| 8 | Photographs | 223 |
| 9 | Photograph | 241 |


DEFENDANTS' EXHIBITS

                    (None marked.)

I know that's a lot.  But I'll break it down.  From Lines 5 to 10, you testified:  Nine times out of ten, you would always have another detective with you to confirm this is CSAM, just to get a second opinion on any image, especially if we're going to move forward with it.

And then at Lines 16 and 17, you stated that Kevin Greene reviewed the images.  Detective Scoggins reviewed the images.  And just a couple minutes ago, you also testified that Detective Tolbert also reviewed the images.  Are all of those people -- excuse me.

Were all of these people, at the time, employees of St. Johns?

A    Yes, ma'am.  They were and are.  Sorry.

Q    Okay.  I know you stated earlier in your testimony that you did not visit met-art.com.  So I will represent to you that met-art.com refers to their model as teens and girls.  Is that something you were aware of?

A    I know Kevin Greene stated something along those lines, but I don't remember verbatim what he stated.

Q    Okay.  And would it surprise you to learn there are suggested search terms on met-art.com, which include Roy's teen amateurs, teenage beauties, teen from

Argentina, Asian dream teen, nude hairy teens, petite teens naked, teens in lingerie, teen nipples, teen boobs, teen boobs teen, teens wearing thongs, teens up skirt?  Would any of that surprise you based on what you've seen?

A    Based on what I've seen just in investigations, like, for ICAC?

Q    Based on -- excuse me.  Thank you for clarifying.  Based on the images that you reviewed in relation to Mr. Lawshe.

A    No, that wouldn't surprise me.

Q    Okay.  Now, Mr. Roberts had asked you earlier if you were of the opinion that someone had potentially altered the identification or the passports of the models in question to make it appear that they were 18.  Do you remember that testimony?

A    Yes, ma'am, I do.

Q    Or that line of questions?

A    Yes, ma'am.

Q    Okay.  And you -- you saw the images of the two models.  There's one -- I believe her name is Melina (phonetic) D., and she's the one holding the two Ukrainian passports?

A    Yes, uh-huh.

Q    Okay.  And those images -- on the image with