# Exhibit J

Case 3:24-cv-00137-MMH-LLL    Document 78-11    Filed 10/06/25    Page 1 of 4 PageID 954



**Frank Brennan**

**Associate Director**
**Incident Response**

**PNG Cyber, LLC**
**3000 Northwoods Parkway**
**Suite 220**
**Peachtree Corners, GA  30071**

**Direct: (803) 205-6173**
**fbrennan@png-cyber.com**

**Services / Specialties:**
- Business Email Compromise
- Cloud Services Forensics
- Cyber Incident Management
- Digital Forensics & Incident Response
- Expert Witness
- Insider Threat Investigations
- Mobile Device Forensics
- Threat Actor Communications

**Certifications**
- CompTIA A+
- CompTIA Security+
- DHS Basic Computer Evidence Response Technician

**Expert Witness**
- 2025 - The State of California Client Name Retracted - Rebuttal Expert Witness
- 2024 – The State of South Carolina VS Timothy Lamar Herndon

**Background**

Frank Brennan is an Associate Director on the Incident Response team for PNG Cyber, LLC, a company powered by ProNet Group, Inc., with regional offices in North America, based in Atlanta, Georgia. Frank is a cyber forensic professional and skilled incident response team leader, with extensive experience in digital forensic investigations, specializing in incident response, intelligence operations, forensic litigation, and strategic advisory roles.

Frank has over 23 years of total experience, including 7 years of experience in leading investigations in the private sector and federal and state law enforcement. During his career, Frank has assisted clients ranging from small businesses to Fortune 500 corporations in numerous matters, including ransomware attacks, business email compromises, financial-related fraud and theft, intellectual property theft, and other related issues. He serves large and leading financial entities within the private and public sectors, as well as clients across various industries, including energy, retail, hospitality, banking, government, and telecommunications.  He has provided substantial expert testimony in both depositions and trials.

Before joining PNG Cyber, Frank served as Cyber Operations Manager at Redpoint Cybersecurity, where he led a team of cyber professionals in conducting digital forensics, incident response, mobile device forensics, and cyber threat analysis, with a specialized focus on ransomware investigations.  He is highly proficient in negotiating with threat actors, mitigating the impact of ransomware attacks, and collaborating with external stakeholders to stay ahead of emerging ransomware threats and trends.

Frank previously served as a Special Investigator for the South Carolina Office of the Attorney General, where he performed digital forensic examinations in support of CSAM/ICAC investigations and other criminal matters. He also worked as a Computer Forensic Analyst for the DHS Homeland Security Investigations division.  Earlier in his career, Frank served as a Master Sergeant in the U.S. Army for 17 years, during which he was deployed multiple times throughout the Middle East in an IT and intelligence capacity, among other activities and duties.

**Selected Experience**

- Performed project management, including leading a team of analysts through forensic investigations while managing client communications, as well as managing scoping calls for various types of cyber incident response engagements.
- Led a team of analysts through forensic investigations for ransomware incidents, business email compromise issues, litigation cases, and other cyber incident response investigations.
- Conducted incident response, digital forensics, and mobile device forensics in areas including, but not limited to, Windows, Linux, Apple, and Android-based operating systems.  Frank has substantial forensic experience in services relating to cloud services hosted by Microsoft, Apple, Amazon, and Google.
- Has led several sensitive high-profile investigations involving intellectual property theft, network intrusion, ransomware, data recovery, and other financial investigations.  Frank has directly engaged with threat actors, working to mitigate the impact of ransomware attacks by communicating with adversaries and strategizing responses to demands, while prioritizing the protection of sensitive information and ensuring business continuity.
- Expert at using photography, video editing tools, and open-source data to identify victims of online abuse.  Frank has provided expert testimony on digital forensic procedures and has authored technical reports detailing the data recovered from evidence related to the investigation, resulting in support and preparation for criminal prosecution.

---

**PNG Cyber, LLC powered by ProNet Group, Inc.**
**incidentresponse@png-cyber.com**

**www.png-cyber.com**
**Phone 877.764.2923**



**Jeff Mastalski**

**Associate Vice President
Cyber Services**

**PNG Cyber, LLC
400 Corporate Circle
Suite A
Golden, CO 80401**

**Direct: (720) 990-7827
jmastalski@png-cyber.com**

**Services / Specialties:**

- Business Email Compromise
- Cloud Services Forensics
- Cyber Incident Management
- Digital Forensics & Incident Response
- Insider Threat Investigations
- Mobile Device Forensics
- Tabletop Exercises
- Threat Actor Communications

**Education:**

- Master of Arts, International Affairs, Arizona State University
- Master of Science, Criminal Justice, Saint Joseph's University
- Bachelor of Science, Criminal Justice, Saint Joseph's University
- Cyber Security Certificate, Rutgers University

**Certifications:**

- Certified Information Systems Security Professional (CISSP) – ISC2
- GIAC Certified Forensic Examiner (GCFE) SANS Institute
- GIAC Network Forensic Analyst (GNFA) – SANS Institute
- GIAC Advanced Smartphone Forensics (GASF) – SANS Institute
- GIAC Law of Data Security Investigations (GLEG) – SANS Institute
- GIAC Certified Incident Handler (GCIH) – SANS Institute
- GIAC Certified Forensic Analyst (GCFA) – SANS Institute

**Background**

Located in Denver, Colorado, Jeff serves as the Associate Vice President of Cyber Services for PNG Cyber, LLC, a company powered by ProNet Group, Inc. in North America. Jeff is an accomplished cyber forensic professional and skilled incident response team leader with broad experience in digital forensic investigations. He specializes in incident response, security assessments, forensic litigation, and investigative services. He holds two Master's degrees and several highly regarded certifications in cybersecurity.

Jeff has 20 years of experience in digital forensics and law enforcement. He has extensive experience leading cybersecurity incident response and forensic investigations in the private and public sectors. For the past nine years, he has assisted clients in numerous matters related to ransomware attacks, business email compromises, cyber espionage, the compromise or theft of statutorily protected information and intellectual property, mobile device forensics, and other related matters.

Additionally, Jeff has conducted hundreds of technical and executive-level Tabletop Exercises for clients worldwide to aid in cyber risk readiness. His clients comprise of Fortune 500 companies, major financial entities, and firms in the legal, energy, hospitality, banking, government, and telecommunications sectors.

Before joining PNG Cyber, Jeff was an Associate Managing Director of cyber incident response investigations at Kroll. Jeff was a subject matter expert in forensics, incident response, litigation support, and project lead engagement manager. Additionally, Jeff worked for 11 years in law enforcement, serving as a forensic examiner of digital evidence in criminal investigations at the FBI's Philadelphia Regional Computer Forensic Laboratory. Before that, he served as a Police Officer for the City of Philadelphia. Jeff has testified in numerous criminal court cases.

Jeff has also served as Adjunct Faculty for the Community College of Philadelphia and Neumann University, teaching computer forensics and justice courses.

**Selected Experience**

- Performed project management, including leading a team of North American and EMEA-based analysts through forensic investigations while managing client communications and scoping calls for various cyber incident response engagements.
- Led a team of analysts through forensic investigations for ransomware incidents, business email compromise issues, litigation cases, and other cyber incident response investigations.
- Incident response, digital forensics, and mobile device forensics in areas including, but not limited to, Windows, Linux, Apple, and Android-based operating systems. Forensic experience as well in services relating to cloud services hosted by Microsoft, Apple, Amazon, and Google.
- Partners with clients to develop strategic, operational, and technical levels to proactively build information security programs and help reduce risk according to organizational needs while complying with regulatory requirements.
- Presented numerous tabletop exercises to audiences ranging from technical to executive levels. To test participants' preparedness and response, mock cyber incidents are created. The exercises are designed to closely mimic real-life situations.

---

**PNG Cyber, LLC**

**www.png-cyber.com • 888-757-3776 • incidentresponse@png-cyber.com**



**Kieran Grassham**

**Senior Consultant**
**Incident Response**

**PNG Cyber, LLC**
**4081 SW 47th Ave.**
**Suite 20**
**Davie, FL  33314**

**Tel: (786) 622-4648**
**TF:  (877) 764-2923**
**kgrassham@png-cyber.com**

**Services / Specialties:**

- Business Email Compromise
- Cloud Services Forensics
- Digital Forensics & Incident Response
- Insider Threat Investigations

**Education**

- Bachelor of Science (Honors), Digital & Computer Forensics, Northumbria University

**Certifications**

- GIAC Certified Forensic Examiner (GCFE) – SANS Institute
- Magnet AXIOM Advanced (AX250 & AX350)
- Spyder Forensics – Windows 11 Forensic Exploitation
- X-Ways Forensics Practitioner – Levels I & II

**Forensic Tools**

- Axiom
- FTK
- X-Ways
- Cellebrite
- Oxygen

## Background

Kieran Grassham is a Senior Consultant on the Incident Response team for PNG Cyber, LLC, powered by ProNet Group, Inc., in North America, and is based out of its Ft Lauderdale regional office. Kieran is a cyber forensic professional and skilled incident response team leader, with extensive experience in digital forensic investigations, specializing in incident response, advanced threat hunting, intelligence, and SOC operations, as well as international cybercrime investigations, malware reverse engineering, forensic litigation, and strategic advisory roles.

Kieran has over 6 years of experience in leading investigations in the private sector and law enforcement. During his career, Kieran has assisted clients ranging from small businesses to Fortune 500 corporations in numerous matters, including ransomware attacks, business email compromises, financial-related fraud and theft, intellectual property theft, and other related issues. He serves large and leading financial entities within the private and public sectors, as well as clients across various industries, including energy, retail, hospitality, banking, government, and telecommunications.

Kieran is highly proficient in crisis leadership, threat actor negotiations, mitigating the impact of ransomware attacks, and collaborating with external stakeholders to stay ahead of emerging ransomware threats and trends.  He has provided expert testimony in eight (8) high-profile cybercrime trials, including organized crime and terrorism cases.

Before joining PNG Cyber, Kieran served as DFIR Lead and Senior Cyber Threat Hunter for DXC Technology, where he led a team of cyber professionals in conducting extensive digital forensics for thousands of incidents, uncovered threat discovery campaigns, and provided expert consultation for digital transformation security initiatives. Additionally, Kieran mentored 40+ security analysts, achieving a 95% certification pass rate across SANS/GIAC programs, and has developed an enterprise-wide training curriculum. Previously, he served as a DFIR Specialist and Cybersecurity Consultant for a medical institute, where he designed a HIPAA-compliant DFIR program, securing over 50,000 patient records with zero security incidents.

Kieran began his career with West Yorkshire Police (U.K.) as a Digital Forensic Investigator, conducting over 1,000 examinations of computers, mobile devices, and other digital devices. His casework spanned a broad spectrum of digital crime, including ransomware attacks, business email compromise, organized cybercrime, and child sexual exploitation investigations. He was rapidly promoted to lead complex international cybercrime cases and received a Police Commendation for his contributions.

## Selected Experience

- Led analysts in forensic investigations, managed client communications, and conducted scoping calls for cyber incident responses.
- Led a team of analysts in forensic investigations of ransomware, business email compromises, litigation support, and cyber incidents.
- Conducted thousands of digital forensics and incident response investigations across Windows, Linux, macOS, and cloud services.
- Led several sensitive high-profile investigations involving intellectual property theft, network intrusion, ransomware, data recovery, and other financial investigations.
- In one matter, he directed $18 million international fraud investigation with multi-agency coordination and recovered $15 million in stolen digital assets.