UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM LEE LAWSHE,

        Plaintiff,

                                      Case No. 3:24-cv-137-MMH-LLL

V.

VERIZON COMMUNICATIONS, INC. and
SYNCHRONOSS TECHNOLOGIES, INC.,

        Defendants.
_____/

### NOTICE OF CANCELLATION OF MEDIATION CONFERENCE

        The mediation conference in this matter scheduled for Friday, October 17, 2025

beginning at 9:30 a.m. has been cancelled and will be rescheduled.

        Dated this 8th day of October, 2025.


                                         Respectfully submitted,

                                         /s/ David S. Brecher
                                       **DAVID S. BRECHER - Mediator**
                                       Florida Bar No. 065110
                                       Certification No. 6938R
                                         301 West Bay Street, Suite 1443
                                       Jacksonville, Florida 32202
                                       Tel: (904) 329-7272
                                       david@brechermediation.com


**Copies to:**

Michael K. Roberts, Esq.
Jeffrey S. Nooney, Jr., Esq.
mroberts@nrhnlaw.com
azepf@nrhnlaw.com
jnooney@nrhnlaw.com
kkaufman@nrhnlaw.com
**Counsel for Plaintiff**

Nury Siekkinen, Esq.
nury@zwillgen.com
docketing@zwillgen.com
madeline@zwillgen.com
marc@zwillgen.com
**Counsel for Defendant Verizon Communications, Inc.**

Andrew Reiss, Esq.
areiss@bsk.com
courtmail@bsk.com
eservicefl@bsk.com
knettles@bsk.com
**Counsel for Defendant Synchronos Technologies, Inc.**