## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

      Defendants.

**Civil Action No. 3:24-cv-00137-MMH-LLL**

---

### DEFENDANT VERIZON COMMUNICATIONS INC.'S UNOPPOSED MOTION TO SET STATUS CONFERENCE

Defendant Verizon Communications Inc. ("Verizon"), by its counsel, and on an unopposed basis, hereby moves this Court to set a status conference. In support of its motion, Verizon states as follows:

1. Currently pending before the Court are three motions that could significantly impact the case's direction in the near term. On March 28, 2025, Verizon moved to reconsider this Court's order denying Verizon's motion to dismiss as to the January Image. *See* ECF 50. On July 14, 2025, Plaintiff moved for leave to further amend his complaint. *See* ECF 59. If the Court grants Verizon's motion to reconsider and denies Plaintiff's motion for leave to amend, the case will end. If, however, the Court denies Verizon's motion and grants Plaintiff's motion, those decisions will

expand the scope of discovery.  For that and other reasons, on September 5, 2025, Verizon moved to stay discovery pending the resolution of both motions.  *See* ECF 71. Currently, the parties are in active discovery, with depositions set to occur in a few weeks.    All three motions—for reconsideration, leave to amend, and to stay discovery—have been fully briefed and are awaiting a decision.

2.    Verizon respectfully submits that a status conference to discuss the pending motions and the Court's anticipated timeline for resolving them will inform how the parties should direct their efforts in the coming weeks and will promote judicial economy.  Verizon respectfully requests that the Court set such a status conference at a date and time convenient for the Court.[1]

## CONCLUSION

For the reasons above, Verizon respectfully requests that the Court set a status conference in this matter at a date and time convenient for the Court.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), we hereby certify that, before filing this motion, counsel for Verizon conferred with counsel for all parties by email on October 7th and 8th in a good faith effort to resolve the issues raised in the motion.  Counsel for Plaintiff and counsel for Defendant Synchronoss Technologies, Inc. stated that they do not oppose the relief sought herein.

---

[1] The parties' mediation conference that was previously scheduled for October 17, 2025 (*see* ECF 55) has been adjourned based on the parties' agreement (*see* ECF 79).

2

Date: October 8, 2025

/s/ *Nury Siekkinen*
Nury Siekkinen
Florida Bar No. 1015937
Email: nury@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Attorney for Defendant*
*Verizon Communications Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on October 8, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Nury Siekkinen*
Nury Siekkinen

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*

BOND, SCHOENECK & KING, PLLC
Andrew H. Reiss, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail
North Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com

*Counsel for Defendant Synchronoss Technologies, Inc.*

4