United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM LEE LAWSHE,**

      **Plaintiff,**

**v.**                                                                                     **NO. 3:24-CV-137-MHH-LLL**

**VERIZON COMMUNICATIONS, INC. AND
SYNCHRONOSS TECHNOLOGIES, INC.,**

      **Defendants.**

_____

### Order Setting Hearing

Before the Court are Plaintiff's Motion to Quash Subpoena, doc. 75; Non-Party St. Johns County Sheriff's Office's Motion for Protective Order, doc. 76; and Defendant Verizon Communications, Inc.'s (Verizon) responses in opposition, docs. 77, 78.[1] The parties are advised that a hearing will be held on the motions, docs. 75, 76, and the responses, docs. 77, 78, on **Monday November 10, 2025, at 11:00 a.m., in Courtroom 5D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**. Lead counsel for all parties and for non-party St. Johns County Sheriff's Office shall appear.[2]

---

[1] Verizon docketed 2 responses to the motions to quash and for protective order, docs. 77, 78; however, these documents are identical. Accordingly, the Court presumes Verizon's duplicative filing was in error.

[2] The parties are reminded that photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring personal electronic devices into the United States Courthouse. See Local Rule 7.02, Middle District of Florida Local Rules.

The parties shall come prepared to discuss: 1) the relevancy of the documents requested by Verizon; 2) plaintiff's objections to the subpoena; 3) whether the parties have agreed to narrow the scope of the subpoena and if so, the agreed-upon scope; and 4) the parties' proposed protocol to govern how St. Johns County Sheriff's Office will comply with the subpoena.

**Ordered** in Jacksonville, Florida, on October 22, 2025.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Jeffrey Scott Nooney, Jr., Esquire
Michael Keith Roberts, II, Esquire
Nury Agudo Siekkinen, Esquire
Marc Zwillinger, Esquire
Andrew H. Reis, Esquire
Katherine Vanessa Ramos-Bigley, Esquire
David Scott Brecher, Esquire
Matthew Joseph Carson, Esquire

2