About / Our Company / Policies / Verizon's Efforts to Combat Online Child Exploitation FAQs

# Verizon's efforts to combat online child exploitation FAQs

## Your questions. Our answers.

Expand All

### What is Verizon's approach to preventing the dissemination of child sexual abuse material?

### How does Verizon identify child sexual abuse material (CSAM) on its platforms?

Verizon leverages a combination of automated scanning and human review to detect CSAM:

- Verizon uses PhotoDNA technology, which is capable of matching the digital signature of an uploaded image to large databases of known CSAM maintained by the National Center for Missing and Exploited Children (NCMEC);
- We also make extensive use of human reviewers, who evaluate the images detected through automated scanning and ensure that all confirmed CSAM is reported to NCMEC;

## What does Verizon do when it finds CSAM?

### How many CSAM reports has Verizon filed with NCMEC?

| Year | Reports Filed* |
| --- | --- |
| 2024 | 18,064 |
| 2023 | 37,106 |
| 2022 | 30,903 |
| 2021 | 3,527 |
| 2020 | 2,187 |
| 2019 | 391 |

*Totals do not include reports filed by Yahoo, Inc. (f/k/a Verizon Media), which was divested by Verizon in September 2021.

**Services & Solutions**

Verizon.com

Mobile Plans

Mobile Devices

Home Services

Small and Medium Business

Enterprise Solutions

Verizon Connect

**Support**

Mobile Online Support

Home Online Support

Contact Customer Support

Sign in to your Account

Store Locator

Account Security & Fraud Claims

**Network Technologies**

4G LTE

5G

Fiber Optics

Multi-Access Edge Compute (MEC)

**Careers**

**Follow Verizon News**

**Follow Inside Verizon**

**Follow Verizon Careers**

| | | | |
|---|---|---|---|
| Partner Solutions | Innovation Labs

Verizon Ventures | Life at Verizon

Our Culture

Search Open Roles

Careers Site Map | 

**Follow VerizonGreen**

 |

Privacy Policy    California Privacy Notice                                                        © 2025 Verizon

Health Privacy Notice    Your Privacy Choices

Terms & Conditions    Accessibility    Open Internet

Important Consumer Information    About Our Ads

Site Map