# Legal Process of Service

**SYNCHRONOSS TECHNOLOGIES, INC.,**
**AS PROVIDER OF THE VERIZON CLOUD**



Synchronoss Technologies, Inc. ("Synchronoss") is the provider of personal cloud storage services, including the Verizon Cloud, used by Verizon Wireless subscribers. Subscribers may use Verizon Cloud to store pictures, videos, documents, text messages, and call logs (based on individual settings). Synchronoss maintains Verizon Cloud accounts by subscriber telephone number. Synchronoss does *not* retain any other subscriber information.

**Illicit Content Scanning and Reporting**

When a subscriber uploads content to their Verizon Cloud account, Synchronoss scans for child exploitative material as follows:

1. **Child pornography scanning**
   When a subscriber uploads a photo:
   a. the hash value of the photo is checked against the NCMEC NGO database of known child pornography; and
   b. if (a) does not yield a result, the photo is scanned using Microsoft PhotoDNA

   All hits of either (a) or (b) above are placed into quarantine and placed into the human review tool. Note that we do not notify the subscriber that an image has been identified.

2. **Human review of the image**
   The images identified during Step 1 are put through human review for confirmation that such image is illicit.

3. **Generation and Sending of CyberTip**
   After a photo is confirmed as child pornography, a CyberTip report is generated and automatically sent to NCMEC.

**Preservation Requests**

Preservation requests must be in writing and include the subscriber's telephone number. Requests should be sent to content-abuse@synchronoss.com.

**Search Warrants**

To expedite processing, Search Warrants should include:

1. The subscriber's telephone number.
2. No date range. At this time, the collection process completed by Synchronoss is automated and cannot target specific dates.
3. The CyberTip number(s).
4. Language similar to the following: *"All Cloud associated with CyberTip numbers [insert] and Verizon Cloud account number [insert subject telephone number]."*

Search Warrants should be sent to content-abuse@synchronoss.com. A member from the Content Abuse Team will respond back with a Synchronoss reference number for your request and will keep you informed of the status of your request.

If you have any questions, you may contact Cara Blaszka, Senior Legal Counsel for Synchronoss Technologies, Inc. at (908) 547-6012 and/or cara.blaszka@synchronoss.com.



© 2021 Synchronoss, Inc. All Rights Reserved.