UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                                    Case No. 3:24-cv-00137-MMH-LLL

VERIZON COMMUNICATIONS, INC.,
a Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES, INC.,
a Delaware Corporation

       Defendants.
_____/

**PLAINTIFF'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF CORPORATE REPRESENTATIVE**

PLEASE TAKE NOTICE that the Plaintiff, will take the deposition of the corporate representative designated by the Defendant pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, with the most knowledge of policies, procedures, and practices of scanning and reporting CSAM. The deposition will take place on **October 22 2025, at 1:00pm** *via videoconference*. The deposition will take place before a Esquire Deposition Solutions, a videographer, a Notary Public, or before some other officer authorized by law to take depositions. The deposition will be videotaped.

The deposition is to be taken for the purpose of discovery, use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. Said deposition shall be continued until completed.

Dated: October 10, 2025.

        **LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____
**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
Attorney for Plaintiff