# **AFFIDAVIT**

1. I am over the age of 18, of sound mind and body, and make this affidavit of my own free will and of my own personal knowledge of the facts contained herein.
2. I am a licensed attorney and have been a member of the Florida Bar since 2009.
3. I represented William Lee Lawshe in criminal case No. 2023-CF-00516 filed in St. Johns Couty, FL.
4. During the investigation, I was one of the few individuals given access to the relevant images involved in the case.
5. Upon review of the images, I immediately believed them to depict adults.
6. All of the content was professionally produced and still photographs of partially nude females. These photographs could be described as "centerfold" or "pin-up" type photographs.
7. None of the models were portrayed as, pretending to be, or described as minors.
8. All of the images were clearly downloaded or screenshot from public ".com" websites.
9. Within a very short period of time, I was able to locate the models on multiple public websites.
10. A simple Google search will return all of the images and models involved in this case.
11. Both of the models can be found on *metart.com*.
12. The models are described as "verified adults" and the website claims compliance with federal age verification or labeling law: §18 USC §2257.
13. *Metart.com* publishes the name and contact information of their records custodian.
14. The records custodian of *metart.com*, Mr. Jeffery Douglas, is a licensed attorney in the State of California.
15. After verifying his active license to practice law on the California State Bar's website, I contacted the records custodian, Mr. Jeffrey Douglas, and obtained the age verification information contained in "Exhibit A" within days.
16. The models identified by Mr. Douglas are the models depicted in the relevant images and images charged in the above-referenced criminal case. (See Exhibit A)
17. Based on information and belief, the models were adults at the time of the relevant photography.

_____
C. Crawford Pierce, IV, Esq.

STATE OF FLORIDA
COUNTY OF Duval

The foregoing instrument was subscribed and sworn to personally before me this ___ day of May, 2025.

_____
Notary Public

AUTUMN ZEPF
Notary Public - State of Florida
Commission # HH 341767
My Comm. Expires Apr 11, 2027
Bonded through National Notary Assn.

Printed Name or Official Stamp: _____

