United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM LEE LAWSHE,**

    **Plaintiff,**

**v.**                                                 **NO. 3:24-CV-137-MMH-LLL**

**Verizon Communications, Inc. et al.,**

**Defendants.**

---

## Clerk's Minutes

Proceeding:          Motion Hearing/Status Conference

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 11/17/2025<br>2:10 p.m. – 3:43 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Michael Roberts, II, Esquire | Counsel for Defendants | Nury Sickkinnen, Esquire,<br>Andrew Reiss, Esquire,<br>Matthew Carson, Esquire |

Court heard from counsel regarding the pending motions.

Plaintiff's Motion to Squash Subpoena, doc. 75, which is construed as a Motion for Protective Order is **granted in part**.

Non-Party St. Johns County Sheriff's Office's Motion for Protective Order, doc. 76, is **denied as moot**.

**Order to enter**.