# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

     Plaintiff,

**Civil Action No. 3:24-cv-00137**

v.

VERIZON COMMUNICATIONS, INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

     Defendants.

_____/

## UNOPPOSED MOTION TO
## EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Verizon Communications Inc. ("Verizon"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01(g), hereby submits this unopposed motion for extension of time to respond ("Motion") to the Second Amended Complaint of Plaintiff William Lee Lawshe ("Lawshe"). In support of this motion, Verizon states as follows:

1.     On January 12, 2024, Plaintiff filed the instant action in the Circuit Court, Seventh Judicial Circuit, for St. John's County. ECF 1 at 1.

2.     Plaintiff first served this action on Verizon through its registered service agent on January 17, 2024. ECF 1-2 at 1 (Proof of Service of Summons). Synchronoss was served on February 5, 2024.

3.    On March 12, 2024 Plaintiff filed an Amended Complaint, the operative version of which was filed on May 29, 2024. *See* ECF 22, ECF 39.

4.    On July 14, 2025 Plaintiff filed a Motion for Leave to Amend his Amended Complaint. ECF 59.

5.    On November 14, 2025 the Court granted Plainitff's Motion for Leave and ordered Defendants to respond to the Second Amended Complaint "within the time frame permitted by the Federal Rules of Civil Procedure." ECF 88.

6.    On November 18, 2025, Plainitff filed his Second Amended Complaint. *See* ECF 89.

7.    Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, Verizon's deadline to respond to the Second Amended Complaint is December 2, 2025, 14 days after service of the Second Amended Complaint.

8.    The Second Amended Complaint is more voluminous than the previous Amended Complaint, asserting approximately 97 additional paragraphs of factual allegations and legal theories as compared to the prior Amended Complaint. *Compare* ECF 39, *with* ECF 89.

9.    Verizon requires additional time to investigate these additional factual allegations and legal theories in order toadequately respond.

2

10.     Extending Verizon's response date by 3 days would not prejudice any party.

11.     This request for an extension is reasonable under the circumstances, including because no party will be prejudiced by this brief extension. *See, e.g.*, *Hooker v. Dep't of Veterans Affs.*, No. 822CV00956CEHSPF, 2022 WL 2066043, at *1 (M.D. Fla. June 8, 2022)  ("This Court (as do most courts) routinely grants reasonable extensions of time for both sides of disputes.").

12.     Counsel for Plaintiff and Verizon have corresponded regarding the proposed extension, and Plaintiff consents to the the additional time Verizon requests. Plaintiff's consent to the Motion further favors the extension.

**WHEREFORE,** pursuant to Fed. R. Civ. P. 6(b), Defendant Verizon respectfully requests that this Court extend Verizon's time to respond to Plaintiff's Second Amended Complaint up to and including December 5, 2025.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Verizonand Plaintiff conferred via email on December 1, 2025. Plaintiff does not oppose the relief sought in this Unopposed Motion.

Date: December 2, 2025                    /s/Nury Siekkinen
                                          Nury Siekkinen
                                          Florida Bar No. 1015937
                                          **ZWILLGEN PLLC**
                                          1900 M Street NW, Suite 250
                                          Washington, DC 20036

Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: nury@zwillgen.com

*Attorney for Verizon Communications Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 2, 2025, and the foregoing doucment is being served this day on all counsel or parties of record on the Service List below, either via transmission fo Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

 /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937

5