UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WILLIAM LEE LAWSHE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Defendants. | Civil Action No. 3:24-cv-00137-MMH-LLL |

### DECLARATION OF MARC J. ZWILLINGER IN SUPPORT OF VERIZON COMMUNICATIONS INC.'S PARTIAL OBJECTIONS TO THE MAGISTRATE JUDGE'S NOVEMBER 24, 2025 ORDER

I, Marc J. Zwillinger, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC and am specially admitted to practice before this Court. *See* ECF 15. I am counsel for Defendant Verizon Communications Inc. ("Verizon") in this action. I make this declaration under 28 U.S.C. § 1746 based on my own personal knowledge and my review of the relevant correspondence and materials in this matter. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript from the November 17, 2025 hearing on Plaintiff's motion to quash (ECF 75) and

nonparty the St. Johns County Sheriff's Office's ("SJSO") motion for a protective order (ECF 76) before Magistrate Judge Laura Lambert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of December, 2025 in Washington, DC.

/s/ *Marc J. Zwillinger*
Marc J. Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298

*Specially Admitted Attorney for Defendant Verizon Communications Inc.*

## CERTIFICATE OF SERVICE

I, Marc J. Zwillinger, HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 8, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, as well as counsel for the SJSO, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Marc J. Zwillinger*
Marc J. Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298

*Specially Admitted Attorney for Defendant Verizon Communications Inc.*

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*

BOND, SCHOENECK & KING, PLLC
Andrew H. Reiss, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail
North Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com

*Counsel for Defendant Synchronoss Technologies, Inc.*

SNIFFEN & SPELLMAN, P.A.
Matthew J. Carson, Esq.
123 North Monroe Street
Tallahassee, Florida 32301
Email: mcarson@sniffenlaw.com
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Non-Party St. Johns County Sheriff's Office*