# NON-PROFIT HASH-SHARING DATABASE ACCESS AGREEMENT

Synchronoss Technologies, Inc, an electronic service provider or provider of remote computing services with its principal place of business located at 200 Crossing Blvd, Bridgewater NJ 08807 ("Registrant"), and The National Center for Missing and Exploited Children, a private, nonprofit organization located at 699 Prince Street, Alexandria, VA 22314 ("NCMEC"), enter into this Agreement for Registrant to access PhotoDNA Signatures and/or Hashes contained in the Nonprofit Hash-Sharing Database ("Nonprofit Database"). Company and NCMEC shall hereafter be referred to collectively as the "Parties."

NCMEC is a non-profit organization that provides services to law enforcement, families and the professionals who serve them to help find missing children, prevent child abduction and sexual exploitation, and assist victims of child abduction and sexual exploitation. Pursuant to 18 U.S.C. § 2258A, NCMEC receives reports about Apparent Child Pornography and is authorized to share information from reports about Apparent Child Pornography with Registrants. NCMEC does not have the legal authority to determine whether any Apparent Child Pornography images are illegal under the laws of the United States; any State, Territory or Possession of the United States; or any foreign jurisdiction.

Various nonprofit organizations worldwide provide services to help prevent child sexual exploitation and assist child victims of sexual exploitation. As part of these efforts, these nonprofits may possess PhotoDNA Signatures and/or Hashes of images that they believe constitute Apparent Child Pornography or their jurisdiction's equivalent legal definition for child pornography and/or child sexual exploitation (collectively, "Child Sexual Abuse Images"). Certain of these non-profit organizations (collectively, "Participating Nonprofits") have decided to contribute to global efforts to reduce the online transmission of Child Sexual Abuse Images by sharing their PhotoDNA Signatures and/or Hashes of Child Sexual Abuse Images through the Nonprofit Database with entities delivering Electronic Communication Services ("ECS") or Remote Computing Services ("RCS").

**NOW, THEREFORE**, the Parties agree as follows:

1. **Definitions.** As used herein, the following terms have the meanings set forth below.

    (a) "Apparent Child Pornography" means images of suspected child sexual exploitation which, using good faith judgment, appear to meet the federal definition of child pornography pursuant to 18 U.S.C. § 2256(8).

    (b) "ECS" means electronic communication services as defined in 18 U.S.C. § 2258E(2).

    (c) "Hash" means an MD5 or SHA1 hash value.

    (d) "PhotoDNA Signature" means a unique digital identifier associated with an image that is created by using PhotoDNA technology developed by Microsoft Corporation.

    (e) "RCS" means remote computing services as defined in 18 U.S.C. § 2258E(5).

    (f) "Registrants" means providers of ECS or RCS that have executed the Nonprofit Hash-Sharing Database Access Agreement to obtain PhotoDNA Signatures and/or Hashes

1

submitted to the Nonprofit Database.

2. **Term.** This Agreement commences as of the last date it is signed by the Parties. The Parties may cancel this Agreement at any time for any reason upon written notice.

3. **Participating Nonprofits' Submission of PhotoDNA Signatures and/or Hashes to the Nonprofit Database**

    Participating Nonprofits have submitted PhotoDNA Signatures and/or Hashes to the Nonprofit Database in accordance with the following representations and warranties:

    (a) Participating Nonprofit is registered and/or incorporated as a nonprofit or nongovernmental organization under the relevant laws and regulations of its jurisdiction.

    (b) Participating Nonprofits' nonprofit or nongovernmental staff or consultants have individually viewed each image from which the PhotoDNA Signatures and/or Hashes submitted to the Nonprofit Database are derived and have conducted an independent internal review to determine that each of these images constitutes Child Sexual Abuse Images.

    (c) Participating Nonprofit bears full responsibility for the information it submits to the Database pursuant to Exhibit 1, including but not limited to circumstances in which it is informed that information it has submitted may be corrupt, incorrectly categorized or otherwise mistakenly submitted.

    (d) Participating Nonprofits acknowledge that by voluntarily submitting PhotoDNA Signatures and/or Hashes to the Nonprofit Database, they grant Registrants the right to use this information to reduce instances of online Child Sexual Abuse images.

4. **NCMEC Responsibilities.**

    (a) NCMEC shall permit only Registrants to download PhotoDNA Signatures and/or Hashes contained in the Nonprofit Database and shall permit only Participating Nonprofits to submit PhotoDNA Signatures and/or Hashes to the Nonprofit Database.

    (b) NCMEC does not submit and is not responsible for information submitted to the Nonprofit Database by Participating Nonprofits. NCMEC does not categorize, solicit, remove, review, approve, create, vet or make any recommendations regarding any PhotoDNA Signatures and/or Hashes submitted to the Nonprofit Database by Participating Nonprofits. NCMEC will refer all questions or concerns raised by Registrants regarding information submitted by a Participating Nonprofit to that Participating Nonprofit.

    (c) NCMEC is not responsible for instructing, directing or making any recommendations regarding how Registrants will utilize the PhotoDNA Signatures and/or Hashes they download from the Nonprofit Database.

5. **Registrant Responsibilities and Acknowledgements.**

NCMEC_000134

(a) Registrant is authorized, but not obligated, to access the Nonprofit Database and/or download any PhotoDNA Signatures and/or Hashes contained in the Nonprofit Database.

(b) Registrant accepts all information contained in the Nonprofit Database, including but not limited to PhotoDNA Signatures, Hashes, and categorizations, "AS IS" without warranty of any kind and assumes all risk and liability associated with using the information contained in the Nonprofit Database. If Registrant has questions or concerns regarding information contained in the Nonprofit Database, it shall address those issues with the Participating Nonprofit identified as having submitted the information to the Nonprofit Database, including but not limited to circumstances in which the Participating Nonprofit is informed that information they have submitted may be corrupt, incorrectly categorized or otherwise mistakenly submitted.

6. **Confidentiality.** Registrant shall not use documents, information or communications relating to the Nonprofit Database, including this Agreement (the "Confidential Information"), for any purpose other than to perform its voluntary functions under this Agreement.

**REGISTRANT**

By: _(signature)_  Date: August 8, 2018

Ken Prage
(printed name)

EVP
(title)

**THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN**

By: _(signature)_  Date: 8/9, 2018

John Shehan
Vice President, Exploited Children Division

3

## EXHIBIT 1

Certain providers of ECS or RCS currently use the image categorization set forth below and titled the "Industry Standard Child Pornography Categorization."

|   | content ranking | 1 | 2 |
|---|---|---|---|
| A | prepubescent* minor | A1 | A2 |
| B | pubescent minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

*As a general guideline prepubescent is appropriate when the subject of the image lacks breast/hip development, has no pubic/facial/underarm hair, testicles have not "dropped" away from the body, development of muscle tone and body curves has not occurred, and, if audio is available, the voice has not deepened.

Participating Nonprofits are required to submit information to the Nonprofit Database in the fields indicated below. Participating Nonprofits are required to use the Industry Standard Child Pornography Categorization when submitting PhotoDNA Signatures and/or Hashes unless they have implemented an alternate image categorization. If a Participating Nonprofit uses an alternate image categorization, it will populate the "Nonprofit Categorization" field rather than the "Industry Standard Child Pornography Categorization," but is then required to provide a key or map to its categorization system under its full corporate name in the "Company Name" field.

| Company Name (Nonprofit Categorization key or map as relevant) | PDNA Signature | MD5/SHA1 | Industry Standard Child Pornography Categorization | Nonprofit Categorization |
|---|---|---|---|---|
|   |   |   |   |   |

NCMEC_000136

Company Name is the Participating Nonprofit's full corporate name. If the Participating Nonprofit elects to populate only the "Nonprofit Categorization" and not the "Industry Standard Child Pornography Categorization" field, then the Participating Nonprofit is required to provide a key or map to its categorizations in this field.

PDNA Signature is the value created when PhotoDNA is applied to an image with a Euclidean distance determined solely by the Participating Nonprofit.

MD5/SHA1 is the message digest algorithm or secure hash algorithm assigned to an image.

Industry Standard Child Pornography Categorization is the industry-created categorization as set forth above.

Nonprofit Categorization Code is the unique categorization created by a Participating Nonprofit as set forth in the key or map provided by the Participating Nonprofit in the "Company Name" field.

NCMEC_000137