


# CyberTipline Report 137877848

## Priority Level: E
## (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 10-29-2022 21:28:58 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

# Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

**Total Uploaded Files:** 1

| Summary of ESP Reported Files | |
|---|---|
| **Total Uploaded Files** | 1 |
| **Viewed by ESP** | 1 |
| **Publicly Available** | 0 |
| **ESP Reporter Industry Classification** | |
| B1 | 1 |

| Summary of NCMEC File Categorizations | |
|---|---|
| **Content Categorizations** | |
| CP (Unconfirmed) | 1 |
| **Egregiousness Categorizations** | |
| Bondage/Sadism | 1 |

Not all files will have categorizations and some might have multiple categorizations.

**Incident Type:** Apparent Child Pornography (Unconfirmed)

NCMEC Incident Type is based on NCMEC's review of the information or uploaded files in this report **OR** a "Hash Match" of one or more uploaded files.

The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit 501(c)(3) organization created in 1984 by child advocates to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further NCMEC's mission to reduce child sexual exploitation and prevent future victimization, NCMEC operates the CyberTipline. NCMEC makes information submitted to the CyberTipline by members of the public and Electronic Service Providers available to law enforcement and uses this information to identify online trends endangering children that can be addressed in child safety and prevention messaging. NCMEC offers its programs and services pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted to the CyberTipline.






Contents

Section A: Reported Information 1

Reporting Electronic Service Provider (ESP) 1
Company Information 1
Incident Information 2
Suspect 2
Uploaded File Information 2

Section B: Automated Information Added by NCMEC Systems 3

Explanation of Automated Information (in alphabetical order) 3
Further Information on Uploaded Files 3
Uploaded File Information 3
Deconfliction 4

Section C: Additional Information Provided by NCMEC 5

NCMEC Note #1 5
Uploaded File Information 5

Section D: Law Enforcement Contact Information 7

Gainesville Police Department 7






# Section A: Reported Information

**The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

## Reporting Electronic Service Provider (ESP)

**Submitter:**

Synchronoss Technologies, Inc
Verizon

Business Address:
200 Crossing Boulevard
Bridgewater, NJ 08807 United States

**Point of Contact for Law Enforcement:**

Business Phone: 9085476012
Email: Content-Abuse@synchronoss.com (Verified)

## Company Information

Synchronoss Technologies is the cloud-based storage provider for content stored on the Verizon Cloud. To obtain account content, please direct the legal process to Synchronoss Technologies, using the contact information below. All legal process to Synchronoss must include the mobile number for the reported account. To obtain subscriber information for a reported account, please direct legal process to Verizon using the contact information below.
Synchronoss Contact Information:
Email: Content-Abuse@synchronoss.com
Verizon Contact Information:
Verizon Security Assistance Team (VSAT) will only accept valid legal demands (subpoena, court order or search warrant) for records. Please address your legal requests to Verizon.
Contact Information - 800-451-5242
Option 1: Subpoenas
Option 2: Orders & search warrants
Option 3: Electronic surveillance & technical assistance
Option 4: General information
Option 9: Exigent situations ONLY
Mailing address
Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921
Hours of operation
(Options 1 & 2) 7 a.m. ? 8 p.m. ET
(Options 3, 4 & 9) 24 hours
Fax #s
Subpoena Wireless - 888-667-0028
Subpoena Wireline - 325-949-6916
Orders & Search Warrants for both Wireline and Wireless - 888-667-0026
Surveillances Wireline and Wireless - 800-267-9129
Exigent Situations Wireless - 800-345-6720
Exigent Situations Wireline - 800-997-9981






VSAT has a web-based interface LEA Portal that enables users to upload legal demands and receive responsive records via fax, secure email, or secure portal. The portal also provides you with status updates on your requests so that you know it has been received, is being worked on and when it is complete. We encourage you to take advantage of the portal and all of its efficiencies. If you would like more information about the portal?s functionality or would like to set up a portal account, please send an email to: VSAT-lea-accounts-admin@verizon.com.

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 10-29-2022 21:28:58 UTC

## Suspect

**Phone:** 9043157058

## Uploaded File Information

**Number of uploaded files:** 1

## Uploaded File Information

**Filename:** d263b35ae41646b39d5947a281e7044e_d43292ce601d112504704aee1794430f3c7563408ff530b83b741dd1a69ac18e
**MD5:** b4118631297ddcbe0717b54c62ddd6a5
**Did Reporting ESP view entire contents of uploaded file?** Yes
**Did Reporting ESP view the EXIF of uploaded file?** No
**Were entire contents of uploaded file publicly available?** No
**Image Categorization by ESP:** B1
**(See Section B for further explanation)**

**This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*






# Section B: Automated Information Added by NCMEC Systems

**Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.**

**Date PDF Generated:** 02-20-2023 19:50:36 UTC

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a reporting party voluntarily reports an IP address and/or phone number, NCMEC Systems will geographically resolve the IP address and/or phone number via publicly-available online queries. The results of the lookups are displayed below.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on identifiers voluntarily provided by the reporting party.

## Further Information on Uploaded Files

**Number of uploaded files in each categorization category:**

**B1:** 1

**The following categorization system was created by various ESPs in January 2014 and updated in June 2022:**

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer. |

## Uploaded File Information

**File Tag(s):** Automated file categorization is based on NCMEC's review of uploaded files in this report **OR** a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*





**Files and Categorization**

| Filename | MD5 | Categorization |
|---|---|---|
| d263b35ae41646b39d5947a281e7044e_d43292ce601d112504704aee179 4430f3c7563408ff530b83b741dd1a69ac18e | b4118631297ddcbe0717b54c62ddd6a5 | CP (Unconfirmed) |

## Deconfliction

Date: 02-20-2023 19:50:36 UTC

NCMEC systems will perform automated queries on selected reported identifiers from Section A and provide a list of possibly related results at the time a PDF of this report was generated. Please be aware that automated deconfliction queries were not conducted for identifiers not listed below.

At this time, the below reported information appears to match to information seen in additional CyberTipline reports.

| This Report 137877848 | Additional Report ID(s) |
|---|---|
| **Suspect** | |
| Phone 9043157058 | 153739160 |

**This concludes Section B**





# Section C: Additional Information Provided by NCMEC

**Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.**

**Date PDF Generated:** 02-20-2023 19:50:36 UTC

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography (Unconfirmed) |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 12-05-2022 17:13:01 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

*NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-AMS 12-05-2022 17:13:01 UTC*

CT/TA for the following yielded negative or irrelevant results:

9043157058
19043157058
"William Lawshe"~2

=====

Neustar for 9043157058 returned the following possible related results:

12/05/2022 17:11:44 (UTC)
Phone:904-315-7058 Phone In-Service Period:Active for 12 months or longer
Valid Phone:Yes Prepaid Phone:No
Subscriber Name:Lawshe, William Updated Information:RTL
Alternate Name:Lawshe, William Originating Carrier:Verizon Wireless
Phone Type:Wireless Address Quality:Switch Location
Subscriber Type:Consumer Street Address:
Saint Augustine FL 32092-0605
Phone Status:Private

=====

This will be made available to the Gainesville ICAC based on the possible related Neustar results.

## Uploaded File Information

**Files Viewed by NCMEC:**






NCMEC staff have viewed the following uploaded files at the time a PDF of this report was generated.

**Files Viewed by NCMEC:**

| Filename | MD5 |
|---|---|
| d263b35ae41646b39d5947a281e7044e_d43292ce601d112504704aee1794430f3c7563408ff530b83b741dd1a69ac18e | b4118631297ddcbe0717b54c62ddd6a5 |

**This concludes Section C**

**If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.**

**For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.**






# Section D: Law Enforcement Contact Information

**The report was made available to the Law Enforcement Agency listed below.**

## Gainesville Police Department

**Investigator:**

| | |
|---|---|
| **Assigned Officer:** | Access VPN |
| **Title:** | Mikel Mazlaghani |
| **City/State:** | Gainesville, FL |
| **Country:** | United States |
| **Phone Number:** | 352-393-7688 |
| **Email Address:** | mazlaghamj@cityofgainesville.org,kingcm@cityofgainesville.org |

**Time/Date was made available: 12-05-2022 17:13:01 UTC**

**This concludes Section D**

**This concludes CyberTipline Report 137877848**