# **EXPERT REPORT OF DR. SCOTT KRUGMAN**

**(i)     a complete statement of all opinions the witness will express and the basis and reasons for them;**

I have reviewed three written reports authored by Dr. Kathleen Dully. Each of these reports expresses opinions about the age of a model depicted in various photographs.

In the February 22, 2023 report, Dr. Dully describes review of one digital image of a nude female individual. Dr. Dully concludes "this female child appears to be under 18 years of age. She would have reached this developmental genital appearance of SMR IV at 12-15 years of age. She does not appear to be shaved as her anterior pubic hair is present"

On April 5, 2023, Dr. Dully examined additional images of the same model described in the February 22nd report. Dr. Dully writes that these two additional images "confirm my previous determination that she is depicted to be at most SMR III or IV and therefore, again, ≤ 12-15 years of age."

Dr. Dully produced a third report dated the same day, April 5, 2023. In this report, Dr. Dully evaluates two additional images of a different model, presumably. As to the first image, Dr. Dully describes a "female child with no pubic hair development." However, she describes this model's breast as "could be SMR IV-V." Despite this, Dr. Dully states that "she is SMR I with respect to pubic hair" and concludes that "this developmental appearance is ≤ 9-13.5 years of age.

Finally, Dr. Dully reviews a second image in this report. Dr. Dully observes that "she appears to have no pubic hair development." Based on this, Dr. Dully concludes that "this developmental appearance is also ≤ 9-13.5 years of age.

In my review of her reports, I conclude the following:

a) The opinions, determinations or estimations of age expressed in the 3 written reports, dated February 22, 2023, April 5, 20023 and April 5, 2023 are not supported by medical science.
b) The limitations and risks of using Tanner Staging or Sexual Maturity Rating (SMR) to estimate chronological age based on digital images is well documented.  The method is understood to be unreliable and unscientific, especially with SMR ratings of III and above.
c) As to the model depicted in the February 22nd and April 5th reports, the female is described as SMR 4. Based on accepted medical science it is not possible to state with any degree of reliability whether that individual is younger than 18 years of age.
d) Published research has repeatedly shown that chronological age estimation of models depicted in digital pornographic photographs by physicians is not medically or scientifically supported.
e) Additionally, it is well known and documented that adult (18+) females can exhibit and appear to be SMR IV.
f) Dr. Dully is on a list serve email which has explicitly raised the concerns and limitations of using SMR in CSAM investigations in the year prior to these reports being written, especially with an image of just breasts or just genitalia.
g) As to the estimation of age of the model depicted in image "ycbLVVFQ_o," there is no medical/scientific support for the opinion that a female with SMR IV/V breast could be SMR I (based on lack of pubic hair in a digital photo). This opinion does align with accepted medical understanding of pubertal development. Therefore, it is not supported by medical science.  This opinion is particularly troubling.
h) There is no recognized medical method or expertise in determining whether a model is shaved or groomed, by simply looking at a digital photograph.
i) There is not a medical method or expertise in determining whether a photo has been digitally altered to remove blemishes or the appearance of pubic hair.
j) The absence of visible pubic hair, in a digital photograph, does not, in and of itself, support an opinion that a female is SMR I.
k) The Child Abuse Board Certification curriculum recognizes the legal aspect of the subspecialty and has standards regarding the

giving of opinions to law enforcement, i.e. they should be within a reasonable degree of medical certainty.

I reserve the right to supplement or alter these opinions, should additional information become available.

**(ii) the facts or data considered by the witness in forming them:**

I have reviewed the three reports outlined above.

**(iii) any exhibits that will be used to summarize or support them;**

"The difficult issue of age assessment on pedo-pornographic material" <u>Forensic Science International</u> 183 (2009) e21–e24.

**(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;**

Please see attached C.V.

**(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and**

Please see attached

**(vi) a statement of the compensation to be paid for the study and testimony in the case.**

Please see attached.

Dr. Scott Krugman

Forensic Science International 183 (2009) e21–e24

Contents lists available at ScienceDirect

# Forensic Science International

journal homepage: www.elsevier.com/locate/forsciint



Short communication

# The difficult issue of age assessment on pedo-pornographic material

Cristina Cattaneo [a,*], Stefanie Ritz-Timme [b], Peter Gabriel [b], Daniele Gibelli [a], Elena Giudici [a], Pasquale Poppa [a], Doerte Nohrden [b], Sabine Assmann [b], Roland Schmitt [b], Marco Grandi [a]

[a] Labanof, Laboratorio di Antropologia ed Odontologia Forense, Istituto di Medicina Legale e delle Assicurazioni di Milano – V. Mangiagalli 37 – Università degli Studi di Milano, 20133 Milano, Italy
[b] Institut für Rechtsmedizin des Universitätsklinikums Düsseldorf – Moorenstraße, 5 – Düsseldorf, Germany

A R T I C L E   I N F O

Article history:
Received 20 March 2008
Received in revised form 1 July 2008
Accepted 23 September 2008
Available online 18 November 2008

Keywords:
Forensic anthropology
Juvenile pornography
Aging
Sexual maturation

A B S T R A C T

The issue of juvenile pornography has seen an increase in the past few years of the number of expert opinions requested to forensic pathologists, paediatricians and other various experts within the forensic and medical fields concerning the age of represented individuals. Regardless of the entity of the problem, no actual method exists which can allow us to give an objective and scientific answer, particularly in the postpubertal stage. Using parameters related to sexual maturation can be very dangerous. Nonetheless some experts still insist with similar types of "expertises". This study aims at verifying the ability of different experts in assessing age of postpubertal individuals represented in pornographic material. Results underline the difficulties and major uncertainties of age evaluation by visual observation of photographic material particularly when the subjects have reached the sexual maturation stage – and therefore in verifying whether the individual is above or below 18 years of age (an important age limit for most European countries as far as this type of crime is concerned). Furthermore the study stresses the need both to search for an alternate approach and to apply extreme caution in judicial evaluation.

© 2008 Elsevier Ireland Ltd. All rights reserved.

## 1. Introduction

A great increase in the diffusion of juvenile pornographic material has occurred in the last years, particularly due to the development of the web technology [1–3]. Child pornography has increased proportionally along with technical progress [4]. The misuse of internet as a criminal tool is a serious problem [5,3], particularly with regards to the increasing issue of this type of child abuse.

Websites with pedo-pornographic contents are increasing in number: between 2002 and 2004, in Italy only, an increase of 92.7% was pointed out by different institutions and *non-profit* associations. In Germany the diffusion of pedo-pornographic material saw an increase of 56.4% between 2004 and 2005 [6]. In other countries numbers are even higher, such as Switzerland, Japan and Australia. It seems to be a profit-driven "business" which amounts in the world to 200–250 millions of dollars every year. The demand of pedo-pornographic material determines its supply; and every single demand of such material on the internet increases the production. For this reason, more and more, experts are asked to evaluate such material and verify the age of the possible victims.

Technically, from a forensic point of view, the difficulty lies in actually verifying whether the material is pedo-pornographic [7]: this depends on what each country's legislation has defined as juvenile pornography or pedo-pornography. Thus the age limit may vary according to each country's different laws. The question may be if the subjects represented are below 18 (this is the case for the legislation in Italy, France, Canada, USA); 16 (for Belgium, Switzerland, Netherlands, Great Britain) or 14 (e.g. Germany, Austria) [4,8], though the age limit may soon change in Germany to 18. Furthermore, a judge may also be interested in defining the age of the victim for other purposes – identification, for example. Therefore, it often happens that specialists such as forensic pathologists, paediatricians or anthropologists are called in by judges, magistrates or the police in order to establish, on videotapes and photos, subject age.

Great attention has been given to this kind of crime. In Italy for example, the criminal code has precisely defined juvenile pornography as "the abuse of juveniles younger than 18 years of age in order to perform pornographic exhibitions or produce pornographic material" (art. 600 cpp). Furthermore there is a specific article in the criminal code (Art. 14 of law no. 269) concerning "rules against exploitation of prostitution, pornography, sexual tourism against minors, as new types of slavery" and a law (no. 38, 2006) which establishes the institution of a "National Centre against pedo-pornography on the web", in order to collect

* Corresponding author. Tel.: +39 02 50315678; fax: +39 02 50315724.
E-mail address: cristina.cattaneo@unimi.it (C. Cattaneo).

0379-0738/$ – see front matter © 2008 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.forsciint.2008.09.005

Downloaded for Anonymous User (n/a) at LifeBridge Health Inc from ClinicalKey.com by Elsevier on December 04, 2024. For personal use only. No other uses without permission. Copyright ©2024. Elsevier Inc. All rights reserved.

all reports on websites with pedo-pornographic contents, even from foreign countries, public associations and privates. In Germany every Federal State Office of Criminal Investigation along with the main Federal Office of Criminal Investigation have a centre which deals with pedo-pornography. In Switzerland "KOBIK" (Cybercrime Coordination Unit Switzerland) is the main public coordination office to combat pedo-pornographic crime [9]. Interpol has established a database so that victims and suspects, who are already known to the authorities, can be identified rapidly. Europol also has set forth successful operations (e.g. Icebreaker), which have resulted in the arrest of suspects across 13 countries who were involved in child pornography [3]. In the European Union a "Council Framework Decision on Combating the Sexual Exploitation of Children and Child Pornography" [10] has also been founded.

Therefore, more and more, the diagnosis of age has a great importance in verifying the existence of a crime punishable by law.

It would seem reasonable to think that observation of specific parameters concerning growth and sexual maturation may be useful in answering this question – and that specific classes of professionals such as paediatricians, gynaecologists (for females) and forensic pathologists should have the tools to age youngsters even from pictures, such as Tanner staging, used in medicine to verify sexual maturation in adolescents [11]. The Tanner method focuses on the development of pubic hair and mammary glands in females, pubic hair, penis, scrotum and testicles in males [12]. The use of Tanner staging for forensic purposes has already been severely criticised. The author himself quotes that using the Tanner stages to estimate the probable chronological age is a "wholly illegitimate use of Tanner staging" and cautions paediatricians and other physicians to refrain from providing "expert" testimony as to chronologic age based on Tanner staging [13]. The same arguments can be applied to the evaluation of other even more general indicators of growth, such as gross facial morphology.

Great interindividual variability in maturation, and in particular in sexual maturation, has been stressed [14–16] due to individual biology, pathological factors, such as obesity, and environmental factors [17]. Numerous publications have tackled the difference between rate of sexual maturation in different populations [18–42]. Another important limitation is that it is impossible to compare photographic staging (on two-dimensional pictures) with a complete medical examination, including inspection and palpation. Furthermore specific markers can be altered on pictures, e.g. by shaving pubic or axillary hair [43]. Dental eruption and development could be useful also; but frequently detail of the images is not good enough to allow for analysis of dental outlines and features [44]. Another method used in age diagnosis, not yet analyzed in depth, and apparently more subjective and disputable, is based on observation of facial traits. Morphological assessment of juvenile characteristics however may be extremely tricky. A more objective approach may be provided by facial metrics and parameters. The authors are part of a European Commission project which is involved in searching for facial parameters useful in age determination. However, research is at its initial stages.

Regardless of such self-evident reason for caution, many "experts", among which paediatricians and pathologists often perform an age estimation by methods based on poor scientific data, not confirmed by literature [13,45].

In order not to be excessively critical concerning the possibility of assessing age of juveniles from photographs one should separate the problematic assessment of pedo-pornographic material in two separate moments. The first concerns distinguishing between prepubertal and postpubertal individuals. For these purposes some anatomical and anthropological information can be gained even from photographs and at times one can give an answer in terms of likelihood or probability. It may be difficult to place the subadult into a restricted age range, but it is usually possible to say something concerning pre or postpubertal stages. However, many countries in Europe are uniforming the age threshold of juvenile pornography to 18 years. This means that the issue frequently becomes that of determining, among postpubertal individuals, whether they have reached the 18-year age threshold or not. These are the instances in which science has very few solutions, regardless of the fact that some experts still recklessly pronounce ages.

The problem therefore is particularly difficult with subjects in the postpubertal period. In order to prove the real importance of the analysis of visual characteristics and point out the need for improvements of new methods and technologies in age estimation procedure from 2D images, we set out to perform the present study in order to objectively verify skills and reliability of different medical specialists in determining the age (in particular whether the person was above or below 18 years) only from photographs from pornographic material.

## 2. Materials and methods

11 photos of 11 females were taken from official authorised pornographic websites where the "actresses" were known and of adult age. On every photo, the observer/examinee (who was unaware of the girls' age) was asked to establish if each girl was underage (18 years was selected in this trial) or adult, specifying which particular anatomical element suggested the choice (face, breast, pubic hair, other). The photographs were the object of the same study both in Germany and in Italy. In Italy the test was subjected to groups of five observers belonging to three different medical specialist categories: forensic pathologists, paediatricians, gynaecologists, all of experience. Another group, used as a control group, was composed by 13 non-medical specialists (laymen); in total, the subjects who underwent the test were 28. In Germany the exact same study was performed, with the same number of laymen and of forensic pathologists. The number of gynaecologists and paediatricians was slightly lower, for a total of 23 examinees.

## 3. Results and discussion

The Italian results are shown in Fig. 1; the German results are shown in Fig. 2. A very similar outcome can be observed in both countries. All classes performed poorly. The best results were obtained by forensic pathologists who correctly identified the women as being over 18 years of age in 60% and 50% of cases (for



Fig. 1. Italy: percentages of total answers given by different categories (nv is "not evaluated").

Downloaded for Anonymous User (n/a) at LifeBridge Health Inc from ClinicalKey.com by Elsevier on December 04, 2024. For personal use only. No other uses without permission. Copyright ©2024. Elsevier Inc. All rights reserved.

C. Cattaneo et al. / Forensic Science International 183 (2009) e21–e24    e23



Fig. 2. Germany: percentages of total answers given by different categories (nv is "not evaluated").

Italy and Germany, respectively); laymen (50% and 23%, respectively) performed second best. Paediatricians incorrectly classed the girls as under 18 in 73% and 95% of cases respectively and gynaecologists in 69% and 91% of cases.

When asked which were the areas which helped them in their decisions, examinees responded in the following manner: globally forensic pathologists mostly pointed out facial traits (64%) and breast development (23%), whereas pubic hair (2%) and axillary hair (0%) were less frequently observed; paediatricians took into consideration general facial morphology in 41% of cases, breast morphology in 27% of cases, the pubic area in 23%, axillary hair in 4%; gynaecologists indicated the face in 39% of cases, breast morphology in 36% of cases, pubis in 17%, axillary hair in 2%; laymen used the face in 33% of cases, breasts in 29%, pubis in 17%, axillary hair in 10% of cases. It is difficult to explain the better performance of the forensic pathologists compared to the gynaecologists and paediatricians. Perhaps gynaecologists and paediatricians were more greatly influenced by the apparently "juvenile" sexual traits and faces. Another reason may simply be (since most forensic pathologists involved in the study did not have much experience with pedo-pornographic material) the "innate" inclination of forensic pathologists towards criticism and caution in expressing an opinion.

The present results show the unreliability of criteria which would intuitively be used not only by laymen but by different medical specialists in order to verify chronological age of women photographed within pornographic material. In particular, laymen and forensic pathologists in both countries yielded better results than paediatricians and gynaecologists, who evaluated almost all the girls as younger than 18. This result can be partially explained by the poor quality of pictures, by make up and shaving but also and most importantly by an inappropriate use of aging criteria based on visual characteristics.

Though this study is simple in its devision, the authors think that it was necessary within the medicolegal scenario to prove the inadequacy of the use of visual and other morphological parameters as criteria for aging suspect juvenile pornographic material in the postpubertal stage and the enormous risks judges and "experts" may take in applying them – a phenomenon which is occurring in many courts of law across Europe.

In conclusion, this study does not aim to prove that juveniles represented on photographs cannot be set into general age ranges, or that pre and postpubertal age cannot be distinguished – on the contrary these types of diagnoses in fact can be performed at times, although with great caution and much research is being done and is certainly called for. This study actually aims at stressing the problems and dangers associated with the postpubertal/sexually mature stages – which happen to be the developmental "scenario" most late teenagers and young adult women share (by adult we intend over 18 years of age). Much pornographic/pedo-pornographic material depicts women who seem sexually mature, and who may be late teenagers or women over 18 years of age. Our study in fact proves that it is nearly impossible to say that adults who look like subadults are indeed adults – which obviously may apply to all those subadults who seem sexually mature.

The difficulty and risks of this type of expertise have already been mentioned in the previously cited literature, but to our knowledge they had never been systematically tested on actual pornographic material and among medical experts.

The search for a new approach is fundamental, if possible. However forensic and medical experts should avoid such unscientific behaviour which may have drastic consequences in a court of law.

## Acknowledgment

This study was supported by the EU PROJECT JAI/2002/STOP/132 "Child pornography: Development of a method for estimation of the victim's age", funded by the European Union.

## References

[1] C. Kleinhans, Virtual child porn: the law and the semiotics of the image, J. Vis. Cult. 3 (2004) 17–34.
[2] S. König, Kinderpornografie im Internet – Eine Untersuchung der deutschen Rechtslage unter besonderer Berücksichtigung des internationalen Strafrechts. Inaugural-Dissertation, 2003.
[3] http://www.europol.europa.eu/publications/ar2005/EuropolAnnualReport2005.pdf.
[4] M.C. Hesselbarth, T. Haag, Kinderpornografie, Frankfurt 2004, Interdisziplinäre Polizeiforschung, Band 1, Verlag für Polizeiwissenschaft, 2004.
[5] C. Billaud, M. Boess, Kinderpornografie. Gesetzeslage, Kennzahlen, Repression und Prävention in der Schweiz, Kriminalistik (2006) 4.
[6] http://www.bka.de/pks/pks2005/download/pks-jb_2005_bka.pdf.
[7] J. Bednarek, Problems associated with chronological age estimation of children exploited in child pornography production, Arch. Med. Sadowej Kryminol. 56 (2006) 149.
[8] U. Sieber, Kinderpornografie, Jugendschutz und Providerverantwortlichkeit im Internet – Eine strafrechtsvergleichende Untersuchung, Forum Verlag Godesberg, 1999.
[9] www.KOBIK.ch.
[10] EUROPOL 2005: Child pornography—Legislation within the European Union.
[11] J.C. Desmangles, J.M. Lappe, G. Lipaczewski, G. Haynatzki, Accuracy of pubertal Tanner staging self-reporting, J. Pediatr. Endocrinol. Metab. 19 (2006) 213–221.
[12] J.M. Tanner, Wachstum und Reifung des Menschen, Georg Thieme Verlag, Stuttgart, 1962.
[13] A.F. Rosenbloom, J.M. Tanner, Misuse of tanner puberty stages to estimate chronological age, Pediatrics 102 (1998) 1494.
[14] L.B. Sherar, A.D. Baxter-Jones, R.L. Mirwald, Limitations for the use of secondary sexual characteristics for gender comparison, Ann. Hum. Biol. 31 (2004) 586–593.
[15] A. Papadimitriou, Sex differences in the secular changes in pubertal maturation, Pediatrics 108 (2001) E65.
[16] F.M. Biro, P. Khoury, J.A. Morrison, Influence of obesity on timing of puberty, Int. J. Androl. 29 (2006) 272–277.
[17] E. Graham, Economic, racial and cultural influences on the growth and maturation of children in variation in puberty by race, Pediatr. Rev. 26 (8) (2005) 290–294.
[18] R.H. Largo, A. Prader, Pubertal development in Swiss girls, Helv. Paediatr. Acta 38 (1983) 229–243.
[19] R.H. Largo, A. Prader, Pubertal development in Swiss boys, Helv. Paediatr. Acta 38 (1983) 211–228.
[20] J.M. Tanner, P.S.W. Davies, Clinical longitudinal standards for height and height velocity for North American children, J. Pediatr. 107 (1985) 317–329.
[21] T.P. Antony, G. Sarasa, G. Cjherian, T. Ipe, R.V. Jayakumar, Sexual and physical in Kerala boys, J. Assoc. Physicians India 40 (1992) 669–670.
[22] N. Cameron, C.A. Grieve, A. Kruger, K.F. Leschner, Secondary sexual development in rural and urban South African black children, Ann. Hum. Biol. 20 (1993) 583–593.

Downloaded for Anonymous User (n/a) at LifeBridge Health Inc from ClinicalKey.com by Elsevier on December 04, 2024. For personal use only. No other uses without permission. Copyright ©2024. Elsevier Inc. All rights reserved.

[23] I. Dober, L. Kiralyfalvi, Pubertal development in south-Hungarian boys and girls, Ann. Hum. Biol. 20 (1993) 71–74.

[24] K.F. Huen, S.S. Leung, J.T. Lau, A.Y. Cheung, N.K. Leung, M.C. Chiu, Secular trend in the sexual maturation of southern Chinese girls, Acta Pediatr. 86 (1997) 1121–1124.

[25] E. Stathopulu, J.A. Hulse, D. Canning, Difficulties with age estimation of internet images of south-east Asian girls, Child Abuse Review 12 (2003) 46–57.

[26] Z. Laron, Is obesity associated with early sexual maturation? Pediatrics 113 (2004) 171–172.

[27] J. Ribeiro, P. Santos, J. Duarte, J. Mota, Association between overweight and early sexual maturation in Portuguese boys and girls, Ann. Hum. Biol. 33 (2006) 55–63.

[28] H. Yenioglu, H. Guvene, A.D. Aygun, K. Kocabay, Pubertal development of Turkish boys in Elazig, eastern Turkey, Ann. Hum. Biol. 22 (1995) 337–340.

[29] L. Engelhardt, B. Willers, L. Pelz, Sexual maturation in East German girls, Acta Paediatr. 84 (1995) 1362–1365.

[30] G. Lindgren, Pubertal stages 1980 of Stockholm schoolchildren, Acta Paediatr. 85 (1996) 1365–1367.

[31] B. Willers, L. Engelahrdt, L. Pelz, Sexual maturation in East German boys, Acta Paediatr. 85 (1996) 785–788.

[32] E.R. Ezeome, S.O. Ekenze, R.O. Obanye, A.C. Onyeagocha, L.N. Adibe, J. Chigbo, W.I. Onuigbo, Normal pattern of pubertal changes in Nigerian boys, West Afr. J. Med. 16 (1997) 6–11.

[33] A.D. Aygun, S. Akarsu, H. Guvene, K. Kocabay, Nipple and areola diameter in Turkish pubertal girls, J. Adolesc. Health 23 (1998) 55–57.

[34] D. Mul, A.M. Fredriks, S. Van Buuren, W. Oostdijk, S.P. Verloove-Vanhorick, J.M. Wit, Pubertal development in The Netherlands 1965–1997, Pediatr. Res. 50 (2001) 479–486.

[35] C.M. Wright, I.W. Booth, J.M.H. Buckler, N. Cameron, T.J. Cole, M.J.R. Healy, J.A. Hulse, M.A. Preece, J.J. Reilly, A.F. Williams, Growth reference charts for use in the United Kingdom, Arch. Dis. Child. 86 (2002) 11–14.

[36] S.S. Sun, C.M. Schubert, W.C. Chumlea, A.F. Roche, M.D. Kulin, H.E. Lee Pa, J.H. Himes, A.S. Ryan, National estimates of the timing of sexual maturation and racial differences among US children, Pediatrics 110 (5) (2002) 911–919.

[37] J.A. Britton, M.S. Wolff, R. Lapinski, J. Forman, S. Hochman, G.C. Kabat, J. Godbold, S. Larson, G.S. Berkowitz, Characteristics of pubertal development in a multi-ethinc population of nine-year-old girls, Ann. Epidemiol. 14 (2004) 179–187.

[38] M.M. Lee, O. Sergeyev, P. Williams, S. Korrick, V. Zeilert, B. Revisch, R. Hauser, Physical growth and sexual maturation of boys in Chapaevsk, Russ. J. Pediatr. Endocrinol. Metab. 16 (2003) 169–178.

[39] G. Veldre, T. Jurimae, Anthropometric parameters and sexual maturation in 12- and 15-year-old Estonian boys, Anthropol. Anz. 62 (2004) 203–215.

[40] A. Frei, N. Erenay, V. Dittman, M. Graf, Paedophilia on the Internet—a study on 33 convicted offenders in the Canton of Lucerne, Swiss Med. Wkly. 135 (2005) 488–494.

[41] V.V. Khadikar, R.G. Stanhope, Secular trends in puberty, Ind. Pediatr. 43 (2006) 475–478.

[42] M.E. Herman-Giddens, Recent data on pubertal milestones in United States children: secular trend toward earlier development, Int. J. Androl. 29 (2006) 241–246.

[43] T.J. Kutz, A. Sirotnak, A.P. Giardino, A.L. Rosenbloom, Tanner staging and pornography, Pediatrics 104 (1999) 995–996.

[44] J.G. Clement, D.L. Ranson, Cranio-facial identification in forensic medicine, Arnold Edition, 1998.

[45] J.C. Thiele, Schätzung des Lebensalters von Kindern auf Bilddokumenten aufgrund der Gesichtsproportionen, Inauguraldissertation, Kiel, 2005.

Downloaded for Anonymous User (n/a) at LifeBridge Health Inc from ClinicalKey.com by Elsevier on December 04, 2024. For personal use only. No other uses without permission. Copyright ©2024. Elsevier Inc. All rights reserved.