UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM LEE LAWSHE,

        Plaintiff,

                                        Case No. 3:24-cv-137-MMH-LLL

V.

VERIZON COMMUNICATIONS, INC. and
SYNCHRONOSS TECHNOLOGIES, INC.,

        Defendants.

_____/

## NOTICE OF MEDIATION CONFERENCE

      In accordance with the Court's Case Management and Scheduling Order, a

mediation conference has been scheduled in this matter as follows:

**DATE:**                **JANUARY 9, 2026**

**TIME:**                **1:30 p.m.**

**LOCATION:**        **Via Zoom (log-in instructions to be provided at a later date)**

      Dated this 18th day of December, 2025.

                                    Respectfully submitted,

                                    /s/ David S. Brecher
                                    **DAVID S. BRECHER - Mediator**
                                    Florida Bar No. 065110
                                    Certification No. 6938R
                                    301 West Bay Street, Suite 1443
                                    Jacksonville, Florida 32202
                                    Tel: (904) 329-7272
                                    david@brechermediation.com

**Copies to:**

Michael K. Roberts, Esq.
Jeffrey S. Nooney, Jr., Esq.
mroberts@nrhnlaw.com
azepf@nrhnlaw.com
jnooney@nrhnlaw.com
kkaufman@nrhnlaw.com
**Counsel for Plaintiff**

Nury Siekkinen, Esq.
nury@zwillgen.com
docketing@zwillgen.com
madeline@zwillgen.com
marc@zwillgen.com
**Counsel for Defendant Verizon Communications, Inc.**

Andrew Reiss, Esq.
areiss@bsk.com
courtmail@bsk.com
eservicefl@bsk.com
knettles@bsk.com
**Counsel for Defendant Synchronos Technologies, Inc.**