**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,

    Plaintiff,

**Civil Action No. 3:24-cv-00137**

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and SYNCHRONOSS
TECHNOLOGIES, INC., a Delaware
Corporation,

    Defendants.

_____/

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Verizon Communications Inc. ("Verizon") and Synchronoss Technologies, Inc. ("Synchronoss") (each a "Defendant" and collectively "Defendants"), by their respective counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01(g), submit this unopposed motion for an extension of time ("Motion") for Defendants to oppose Plaintiff's Motion for Partial Summary Judgment, from the current deadline of January 5, 2026 to January 20, 2026. In support of this motion, Defendants state as follows:

1. On January 12, 2024, Plaintiff filed the instant action in the Circuit Court, Seventh Judicial Circuit, for St. John's County. ECF 1 at 1.

2. Plaintiff first served this action on Verizon through its registered service agent on January 17, 2024. ECF 1-2 at 1 (Proof of Service of Summons). Synchronoss was served on February 5, 2024.

3.    On March 12, 2024, Plaintiff filed a First Amended Complaint, the operative version of which was filed on May 29, 2024. *See* ECF 22, ECF 39. Verizon and Synchronoss each moved to dismiss the First Amended Complaint. *See* ECF 26, 27.

4.    On February 28, 2025, the Court granted the motions to dismiss in part and denied them in part. *See* ECF 45.

5.    On July 14, 2025, Plaintiff moved for leave to file a Second Amended Complaint. ECF 59.

6.    On November 14, 2025, the Court granted Plaintiff's request for leave to file a Second Amended Complaint. ECF 88.

7.    On November 18, 2025, Plainitff filed his Second Amended Complaint, which reintroduces allegations regarding an image that the Court previously dismissed from the case (the "October Image"). *See* ECF 89.

8.    On November 24, 2025, the Court ordered Plaintiff to comply with certain of Verizon's requests for data stored on the image backup of his mobile phone. *See* ECF 92.

9.    On December 15, 2025, Plaintiff filed a motion for partial summary judgment ("MPSJ"). *See* ECF 98.

10.    Defendants' current deadline to oppose Plaintiff's MPSJ is January 5, 2026. *See* L.R. 3.01(d).

11.    Given the recent addition of allegations concerning the October Image and the Court-ordered discovery from Plaintiff's phone, the Parties will require additional time to brief the opposition and reply to the MPSJ, respsectively.[1]

---

[1] The current deadline to complete discovery and file motions to compel is Janury 30, 2026. *See* ECF 66. The Parties also expect to make an unopposed motion for the extension of discovery for at least 30 days, after the Parties conduct the court-ordered

12.     This request for an extension is reasonable under the circumstances, including because no party will be prejudiced by this extension. *See, e.g.*, *Hooker v. Dep't of Veterans Affs.*, No. 822CV00956CEHSPF, 2022 WL 2066043, at *1 (M.D. Fla. June 8, 2022)  ("This Court (as do most courts) routinely grants reasonable extensions of time for both sides of disputes.").

13.     Counsel for Plaintiff and each Defendant have corresponded regarding the proposed extension, and Plaintiff consents to the the additional time Defendants request. Plaintiff's consent to the Motion further favors the extension.

**WHEREFORE,** pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request that this Court extend Defendants' deadline to oppose the MPSJ to January 20, 2026.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Verizon and Plaintiff conferred about the relief sought herein on a call on December 17, 2025. Plaintiff does not oppose the relief sought in this Unopposed Motion.

---

mediation on January 9, 2026.  The Parties have agreed that at least a 30-day extension is appropriate due to the ongoing issues related to the production of the forensic evidence, the remaining open dispute about images, and in order to focus on the mediation. They are relying on that agreement to reschedule depositions. To avoid the need for repeated extensions, the Parties will make a single motion following their January 9, 2026 mediation, unless the Court directs otherwise.

Date: December 22, 2025      /s/Marc Zwillinger

Marc Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Specially Admitted Attorney for Defendant*
*Verizon Communications Inc.*


Date: December 22, 2025      /s/ Andrew H. Reiss

Andrew H. Reiss, Esq.
Florida Bar 116955
Katherine V. Ramos-Bigley, Esq.
Florida Bar 1048878
**BOND, SCHOENECK & KING, PLLC**
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com
kramosbigley@bsk.com
knettles@bsk.com
eservicefl@bsk.com

*Attorneys for Defendant*
*Synchronoss Technologies, Inc.*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 22, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission fo Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

 /s/ Marc Zwillinger
Marc Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Specially Admitted Attorney for Defendant
Verizon Communications Inc.*

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
mroberts@nrhnlaw.com
Jeffery S. Nooney
jnooney@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992

*Counsel for Plaintiff*

BOND, SCHOENECK & KING, PLLC
Andrew H. Reiss, Esq.
Northern Trust Building, Suite 105
4001 Tamiami Trail
North Naples, Florida 34103-3555
Telephone: (239) 659-3800
areiss@bsk.com

*Counsel for Defendant Synchronoss Technologies, Inc.*

5