UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WILLIAM LEE LAWSHE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., a Delaware Corporation, and SYNCHRONOSS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　Defendants. | **Civil Action No. 3:24-cv-00137-MMH-LLL** |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff William Lee Lawshe ("Plaintiff"), defendant Verizon Communications Inc. ("Verizon"), and defendant Synchronoss Technologies, Inc. ("Synchronoss") (each a "Defendant" and, together with Plaintiff, the "Parties") have reached a settlement. The Parties require thirty (30) days to consummate the settlement and respectfully request that the Court (1) stay all proceedings, except as to the Parties' recently filed Motion to Vacate (ECF 103), which the Parties ask that the Court decide before effecting any temporary dismissal pursuant to L-R 3.09(b), and (2) strike all pending deadlines.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 16, 2026 | /s/ Marc Zwillinger<br>Marc Zwillinger<br>Email: marc@zwillgen.com<br>**ZWILLGEN PLLC**<br>1900 M Street NW, Suite 250<br>Washington, DC 20036<br>Telephone: (202) 296-3585<br><br>*Specially Admitted Counsel for Defendant*<br>*Verizon Communications Inc.* |
| Dated: January 16, 2026 | /s/ Michael K. Roberts<br>Michael K. Roberts<br>Florida Bar No. 00779741<br>Email: mroberts@nrhnlaw.com<br>**LAW OFFICES OF NOONEY,**<br>**ROBERTS, HEWETT, AND NOWICKI**<br>1680 Emerson Street<br>Jacksonville, FL 32207<br>Telephone: (904) 398-1992<br><br>*Counsel for Plaintiff* |
| Dated: January 16, 2026 | /s/ Andrew H. Reiss<br>Andrew H. Reiss<br>Florida Bar 116955<br>Email: areiss@bsk.com<br>**BOND, SCHOENECK & KING, PLLC**<br>Northern Trust Building, Suite 105<br>4001 Tamiami Trail North<br>Naples, Florida 34103-3555<br>Telephone: (239) 659-3800<br><br>*Counsel for Defendant*<br>*Synchronoss Technologies, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 16, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      /s/ Marc Zwillinger
Marc Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585

*Specially Admitted Counsel for Defendant Verizon Communications Inc.*

| | |
|---|---|
| LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI<br>Michael K. Roberts<br>Florida Bar No. 00779741<br>mroberts@nrhnlaw.com<br>1680 Emerson Street<br>Jacksonville, FL 32207<br>Telephone: (904) 398-1992<br><br>*Counsel for Plaintiff* | BOND, SCHOENECK & KING, PLLC<br>Andrew H. Reiss<br>Florida Bar No. 116955<br>areiss@bsk.com<br>Northern Trust Building, Suite 105<br>4001 Tamiami Trail North<br>Naples, Florida 34103-3555<br>Telephone: (239) 659-3800<br><br>*Counsel for Defendant Synchronoss Technologies, Inc.* |