UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM LEE LAWSHE,

        Plaintiff,

                                    Case No. 3:24-cv-137-MMH-LLL

V.


VERIZON COMMUNICATIONS, INC. and
SYNCHRONOSS TECHNOLOGIES, INC.,

        Defendants.

_____/

**<u>MEDIATION REPORT</u>**

    In accordance with the Court's mediation order(s), a mediation conference was held on January 9, 2026, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

        <u>X</u>    All individual parties and their respective trial counsel.

        <u>X</u>    Designated corporate representatives.

        <u>X</u>    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

    _____

    _____

    _____.

(c)      The outcome of the mediation conference was:

 X      <u>The case has been settled</u>.  In accordance with Local Rule 3.09(a), the parties have notified the Court of the settlement.

__      <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve: _____.

__      <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be preapproved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

__      <u>The parties have reached an impasse</u>.

Done this 20th day of January, 2026 in Jacksonville, Duval County, Florida.

/s/ David S. Brecher
**DAVID S. BRECHER - Mediator**
Florida Bar No. 065110
Certification No. 6938R
301 West Bay Street, Suite 1443
Jacksonville, Florida 32202
Tel: (904) 329-7272
david@brechermediation.com

**Copies to:**

Michael K. Roberts, Esq.
Jeffrey S. Nooney, Jr., Esq.
**Counsel for Plaintiff**

Marc Zwillinger, Esq.
Michael Bleicher, Esq.
**Counsel for Defendant Verizon Communications, Inc.**

Andrew Reiss, Esq.
**Counsel for Defendant Synchronos Technologies, Inc.**