# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

    Plaintiff,

v.     Case No. 3:24-cv-137-MMH-LLL

VERIZON COMMUNICATIONS,
INC., and SYNCHRONOSS
TECHNOLOGIES, INC.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on William Lee Lawshe, Verizon Communications Inc., and Synchronoss Technologies, Inc.'s Motion to Vacate Order on Motion to Dismiss (Dkt. No. 103; Motion) filed on January 15, 2026. In the Motion, the parties request that the Court vacate its Order (Dkt. No. 45) on the motions to dismiss. See Motion at 1. Upon review of the representations in the Motion, the Court will deny the Motion without prejudice and set a status conference in this matter. Accordingly, it is

**ORDERED:**

    1. William Lee Lawshe, Verizon Communications Inc., and Synchronoss Technologies, Inc.'s Motion to Vacate Order on Motion to Dismiss (Dkt. No. 103) is **DENIED without prejudice**.

2. A status conference is set for **Thursday, January 29, 2026, at 3:00 p.m.** before the undersigned.  The hearing will be held by video teleconferencing using Zoom.  The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.  Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record