## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE                    CASE NO. 3:24-cv-137-MMH-LLL

v.

VERIZON COMMUNICATIONS INC.,
et al.

Counsel for Plaintiff:               Counsel for Defendants:
Michael Roberts                      Marc Zwillinger (Verizon)
                                     Andrew Reiss (Synchronoss)

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles       Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Discussion regarding the Joint Motion to Vacate Order on Motion to Dismiss.

The parties may file an Amended Joint Motion to Vacate the Order on the Motion to Dismiss.

Date: January 29, 2026       Time: 3:03 p.m. – 3:12 p.m.       Total: 9 Minutes