# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

      Plaintiff,

v.                             Case No. 3:24-cv-137-MMH-LLL

VERIZON COMMUNICATIONS,
INC., and SYNCHRONOSS
TECHNOLOGIES, INC.,

      Defendants.

_____

## **O R D E R**

**THIS CAUSE** is before the Court on William Lee Lawshe, Verizon Communications Inc., and Synchronoss Technologies, Inc.'s Amended Motion to Vacate Order on Motion to Dismiss (Dkt. No. 108; Motion) filed on January 30, 2026. In the Motion, the parties request that the Court vacate its Order (Dkt. No. 45) on the motions to dismiss. See Motion at 1. In support of the Motion, the parties assert that the Order should be vacated in light of the filing of the Second Amended Complaint, which materially differs from the operative pleading at the time the Order was entered. See id. at 2. After due consideration, and in an effort to facilitate the parties' resolution of the case, it is hereby

**ORDERED:**

1. William Lee Lawshe, Verizon Communications Inc., and Synchronoss Technologies, Inc.'s Amended Motion to Vacate Order on Motion to Dismiss (Dkt. No. 108) is **GRANTED**.

2. This Court's Order (Dkt. No. 45) entered on February 28, 2025, is **VACATED**.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of February, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record