**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,

      Plaintiff,

v.                                                                Case No. 3:24-cv-137-MMH-LLL

VERIZON COMMUNICATIONS,
INC., and SYNCHRONOSS
TECHNOLOGIES, INC.,

      Defendants.

---

**O R D E R**

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 104; Notice) filed on January 16, 2026. In the Notice, the parties advise the Court that they have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1.    The parties shall have until **April 10, 2026**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.  If the parties have not filed settlement pleadings or a request for additional time by the **April 10, 2026**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.  The final pretrial conference scheduled for August 24, 2026, is cancelled, and this case is removed from the September 2026, trial term.

4.  The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of February, 2026.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -