# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

an individual,

                              Plaintiff,

v.

VERIZON COMMUNICATIONS INC., a
Delaware Corporation, and
SYNCHRONOSS TECHNOLOGIES,
INC., a Delaware Corporation,

                              Defendants.

**Civil Action No. 3:24-cv-00137-MMH-LLL**

---

## JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] Civil Local Rule 3.05, and the Court's Order (ECF No. 110), Plaintiff William Lee Lawshe, Defendant Verizon Communications Inc., and Defendant Synchronoss Technologies, Inc. jointly stipulate for dismissal of this action, including all claims against all Defendants, with prejudice.

By signature of counsel below, Plaintiff William Lee Lawshe, Defendant Verizon Communications Inc., and Defendant Synchronoss Technologies, Inc. agree to this stipulated dismissal.

---

[1] Defendant Verizon Communications Inc. files this stipulation at Plaintiff's request, and with Plaintiff's authorization, due to Plaintiff's counsel's staffing constraints.

Respectfully submitted,

Dated: April 10, 2026

/s/ Michael K. Roberts
Michael K. Roberts
Florida Bar No. 00779741
Email: mroberts@nrhnlaw.com
**LAW OFFICES OF NOONEY,
ROBERTS, HEWETT, AND NOWICKI**
1680 Emerson Street
Jacksonville, FL 32207
Telephone: (904) 398-1992

*Counsel for Plaintiff*

Dated: April 10, 2026

/s/ Marc Zwillinger
Marc Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585

*Specially Admitted Counsel for Defendant
Verizon Communications Inc.*

Dated: April 10, 2026

/s/ Andrew H. Reiss
Andrew H. Reiss
Florida Bar No. 116955
Email: areiss@bsk.com
**BOND, SCHOENECK & KING, PLLC**
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800

*Counsel for Defendant
Synchronoss Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 10, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Marc Zwillinger
Marc Zwillinger
Email: marc@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585

*Specially Admitted Counsel for Defendant*
*Verizon Communications Inc.*

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
Michael K. Roberts
Florida Bar No. 00779741
mroberts@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL 32207
Telephone: (904) 398-1992

*Counsel for Plaintiff*

BOND, SCHOENECK & KING, PLLC
Andrew H. Reiss
Florida Bar No. 116955
areiss@bsk.com
Northern Trust Building, Suite 105
4001 Tamiami Trail North
Naples, Florida 34103-3555
Telephone: (239) 659-3800

*Counsel for Defendant*
*Synchronoss Technologies, Inc.*